AO 440 (Rev. 06/12) Summons in a Civil Action

RETURN

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB<br><br>*Plaintiff(s)*<br>v.<br><br>JUSTIN WETZEL, TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, CAROLYN HANDLER, and MICHAEL WATSON<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24cv25 LG-RPM<br>)<br>)<br>)<br>)<br>) |

## ALIAS
### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Justin Wetzel,
in his official capacity as the clerk and registrar of the Circuit Court of Harrison County,
1801 23rd Avenue
Gulfport, MS 39501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Spencer Ritchie
210 East Capitol Street, Suite 2200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 02/05/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Justin Wetzel, who is designated by law to accept service of process on behalf of *(name of organization)* Circuit Clerk of Harrison County on *(date)* 2/08/2024; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/08/2024

_____
Server's signature

Alex Rowland
Printed name and title

210 E. Capitol St., Suite 2200 Jackson, MS 39201
Server's address

Additional information regarding attempted service, etc: