FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Republican National Committee        Plaintiff

v.                                                        CIVIL ACTION    1:24-cv-00025
                                                           NO.

Justin Wetzel                           Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:          Thomas R. McCarthy

      Firm Name:     Consovoy McCarthy PLLC

      Office Address: 1600 Wilson Blvd., Ste. 700

      City:          Arlington            State    VA        Zip    22209

      Telephone:     (703) 243-9423       Fax:

      E-Mail:        tom@consovoymccarthy.com

(B)   Client(s):     Republican National Committee

      Address:       310 First St SE

      City:          Washington           State    DC        Zip    20003

      Telephone:     (202) 863-8500       Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS, DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:



☑     State of _Virginia_

☑     District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Virginia, Clerk's Office
100 North 9th Street, 5th Floor
Richmond, VA 23219
804-786-2251
membership@vsb.org

All other courts before which I have been admitted to practice:

Form 6 (ND/SD Miss. Dec. 2016)

Jurisdiction                                           Period of Admission

Virginia State Bar (10/12/01); Bar of the District of Columbia
(10/4/04); DC District Court of Appeals (5/7/07); US Court of
Appeals for the DC Circuit (10/4/04); US Court of Appeals for the
First Circuit (11/5/19); US Court of Appeals for the Second Circuit
(2/13/14); US Court of Appeals for the Fourth Circuit (10/29/01);
US Court of Appeals for the Fifth Circuit (10/8/09); US Court of
Appeals for the Ninth Circuit (9/14/04); US Court of Appeals for
the Tenth Circuit (5/11/12); District Court for the District of
Columbia (5/7/07); Eastern District of Virginia (11/7/08); W.D.
Wisconsin (10/13/23); Virginia Supreme Court (10/29/01); US
District Court of the District of Connecticut (1/14/15); Supreme
Court of the United States (8/15/11); Court of Federal Claims
(9/26/17)

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ⦿ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ⦿ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the
name of the person or authority bringing such proceedings; the dates the proceedings were initiated
and finally concluded; the style of the proceedings; and the findings made and actions taken in
connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ⦿ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

                                          Yes     No

(F)     Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?     ◯     ⊙

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| Do No Harm v. National Association of Emergency Medical Technicians, (S.D. Miss., No. 3:24-cv-00011), 9229 US-49 S, Gulfport, MS 39503, United States | 1/10/2024 | Granted |

Form 6 (ND/SD Miss. Dec. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
| --- | --- |
| Southern District of Mississippi, 9229 US-49 S, Gulfport, MS 39503, United States | Do No Harm v. National Association of Emergency Medical Technicians, (S.D. Miss., No. 3:24-cv-00011) |

|  |  | Yes | No |
| --- | --- | --- | --- |
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ◉ | ○ |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ◉ | ○ |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Spencer M. Ritchie (MSB #103636)

Firm Name:   FORMAN WATKINS & KRUTZ LLP

Office Address:   210 East Capitol St., Ste. 2200

City: Jackson          State: MS        Zip: 39201

Telephone: (601) 960-3172          Fax:

Email address:  spencer.ritchie@formanwatkins.com

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with
Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

_2/12/24_____                    _Thomas R McCarthy_____
Date                                      Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.


CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

This the _12th_ day of _February_____, 20_24_

_____
Resident Attorney

# Supreme Court of Virginia

### AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

### Thomas Ryan McCarthy

was admitted to practice as an attorney and counsellor at the bar of this Court on

October 29, 2001.

I further certify that so far as the records of this office are

concerned, Thomas Ryan McCarthy is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 8th day of January

A.D. 2024

By:_____

*Deputy Clerk*