FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Republican National Committee,      Plaintiff
et al.

v.                                                                          CIVIL ACTION      1:24-cv-00025-LG-RPM
                                                                             NO.

Justin Wetzel, et al.                      Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:          Christopher D. Dodge

      Firm Name:     Elias Law Group LLP

      Office Address:   250 Massachusetts Ave NW, Suite 400

      City:          Washington                State DC            Zip 20001

      Telephone:     202-968-4490              Fax: 202-968-4498

      E-Mail:        cdodge@elias.law

(B)   Client(s):     Vet Voice Foundation and the Mississippi Alliance for Retired Americans

      Address:       Vet Voice: P.O. Box 11559 Portland, OR 97211
                     Mississippi Alliance for Retired Americans: 216 Tithelo Rd. Canton, MS
                     39046

      City:                                    State _____ Zip _____

      Telephone:                               Fax: _____

      The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the
clients you propose to represent, and is there a relationship between those other matter(s) and
the proceeding for which you seek admission?

I and other lawyers at my firm have represented other state chapters of the Alliance for Retired
Americans in litigation across the country where the state chapter has sought to protect its members'
voting rights.

Do you have any special experience, expertise, or other factor that you believe makes it
particularly desirable that you be permitted to represent the client(s) you propose to represent
in this case?

I also have experience litigating election-related matters in general, in federal and state courts across
the country.

(C)   I am admitted to practice in the:

☐        State of _____

☑        District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by
the appropriate licensing authority within ninety days of the date of this Application, is
enclosed; the physical address, telephone number and website/email address for that
admitting Court are:

430 E. St NW
Washington, DC 20001
202-879-1010
https://www.dccourts.gov/court-of-appeals

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| Massachusetts | 11/16/2016-Present |
| New York | 04/16/2014-Present |
| U.S. Court of Appeals for the 4th Circuit | 08/09/2022-Present |
| U.S. Court of Appeals for the 5th Circuit | 06/22/2022-Present |
| U.S. Court of Appeals for the Federal Circuit | 04/27/2017-Present |
| U.S. District Court for the District of Massachusetts | 06/20/2017-Present |
| U.S. District Court for the Eastern District of New York | 09/22/2016-Present |
| U.S. District Court for the Southern District of New York | 09/09/2016-Present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | Yes | No |
|---|---|---|
| (F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

N/A

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

N/A

|  | Yes | No |
|---|---|---|
| (I)   Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ◉ | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ◉ | ○ |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     Robert B. McDuff, Bar No. 2532

Firm Name:   Mississippi Center for Justice

Office Address: 210 E. Capitol Street, Suite 1800

City: Jackson          State: MS     Zip: 39201

Telephone: 601-259-8484     Fax: 601-352-4769

Email address: rmcduff@mscenterforjustice.org

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)      The undersigned resident attorney certifies that he/she agrees to the association with
          Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
                                                              Resident Attorney

I certify that the information provided in this Application is true and correct.

          02/12/2024
_____                                    _____
          Date                                            Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.


                               CERTIFICATE OF SERVICE

          The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

          This the ____13____ day of ____February____, 20_24_.

_____
                                  Resident Attorney

6



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Christopher Dooley Dodge

was duly qualified and admitted on April 19, 2023 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January 22, 2024.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*