FORM 6 (ND/SD MISS. DEC. 2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Republican National Committee, et al.   Plaintiff

v.   CIVIL ACTION NO.   1:24-cv-00025-LG-RPM

Justin Wetzel, et al.   Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Richard A. Medina

Firm Name: Elias Law Group LLP

Office Address: 250 Massachusetts Ave NW, Suite 400

City: Washington    State: DC    Zip: 20001

Telephone: 202-968-4490    Fax: 202-968-4498

E-Mail: rmedina@elias.law

(B) Client(s): Vet Voice Foundation and the Mississippi Alliance for Retired Americans

Address: Vet Voice: P.O. Box 11559 Portland, OR 97211
Mississippi Alliance for Retired Americans: 216 Tithelo Rd. Canton, MS 39046

City:    State:    Zip:

Telephone:    Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

I and other lawyers at my firm have represented other state chapters of the Alliance for Retired Americans in litigation across the country where the state chapter has sought to protect its members' voting rights.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have prior experience in litigation involving the precise issue that is before this court in this case—namely, whether an extended ballot receipt deadline is pre-empted or violates the constitution. I also have extensive experience litigating election-related matters in general, in federal and state courts across the country.

(C)   I am admitted to practice in the:

☐   State of _____

☑   District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

430 E. St NW
Washington, DC 20001
202-879-1010
https://www.dccourts.gov/court-of-appeals

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| New York | 05/29/2019-Present |
| U.S. District Court for the Eastern District of New York | 11/17/2020-Present |
| U.S. District Court for the Southern District of New York | 12/02/2019-Present |
| U.S. Court of Appeals for the 7th Circuit | 12/01/2023-Present |
| U.S. Court of Appeals for the 10th Circuit | 06/25/2021-Present |
| U.S. Court of Appeals for the 11th Circuit | 05/05/2023-Present |
| U.S. District Court for the District of Columbia | 03/06/2023-Present |

(D) Have you been denied admission pro hac vice in this state? ☐ Yes ☒ No

Have you had admission pro hac vice revoked in this state? ☐ Yes ☒ No

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? ☐ Yes ☒ No

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? ☐ Yes ☒ No

3

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?   Yes ☐   No ☒

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

(I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   **Yes** ☉  No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   **Yes** ☉  No ○

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Robert B. McDuff, Bar No. 2532

Firm Name:   Mississippi Center for Justice

Office Address:   210 E. Capitol Street, Suite 1800

City: Jackson          State: MS     Zip: 39201

Telephone: 601-259-8484     Fax: 601-352-4769

Email address: rmcduff@mscenterforjustice.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

2/13/24
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __13__ day of __February__, 20__24__.

_____
Resident Attorney



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Richard Alexander Medina

was duly qualified and admitted on September 12, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 09, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.