## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB | PLAINTIFFS |
| v. | CIVIL ACTION NO. 1:24-CV-25-LG-RPM |
| JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi* | DEFENDANTS |

## ENTRY OF APPEARANCE

Please take notice that the undersigned, who is a member of the Mississippi Bar, hereby enters her appearance as counsel for Plaintiffs.

Dated: February 16, 2024

Respectfully Submitted,

*/s/ Paloma Wu*
Paloma Wu (Miss. Bar No. 105464)
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Ste 1800
Jackson, MS 39201
pwu@mscenterforjustice.org

*Counsel for Proposed-Intervenors Vet Voice Foundation and the Mississippi Alliance for Retired Americans*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated: February 16, 2024			*/s/ Paloma Wu*				
						Paloma Wu