IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION GULFPORT

REPUBLICAN NATIONAL COMMITTEE;
MISSISSIPPI REPUBLICAN PARTY;
JAMES PERRY; and MATTHEW LAMB,

*Plaintiffs*,

vs.

JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,

*Defendants*.

No. 1:24-cv-25-LG-RPM

## DISABILITY RIGHTS MISSISSIPPI'S AND LEAGUE OF WOMEN VOTERS OF MISSISSIPPI'S MOTION TO INTERVENE AS DEFENDANTS

Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, Disability Rights Mississippi and the League of Women Voters of Mississippi (collectively, the "Proposed Intervenor-Defendants") respectfully move to intervene as a matter of right as party-defendants in the above-captioned matter.  In the alternative, the Proposed Intervenor-Defendants respectfully move for permissive intervention under Federal Rule of Civil Procedure 24(b).  This motion is supported by the attached memorandum of law, declarations, and accompanying exhibits. Proposed Intervenor-Defendants also attach their proposed motion to dismiss and accompanying memoranda to be filed in the event that intervention is granted.

Pursuant to Local Rule 7(b)(10), counsel for Proposed-Intervenor Defendants contacted counsel for Plaintiffs and Defendants to determine their position, and both counsel for Plaintiffs and counsel for Defendant Secretary Watson declined to provide a position without advance review of the papers. No counsel for the other Defendants has yet entered an appearance.

Dated:   February 21, 2024                                    Respectfully submitted,

*/s/ Joshua Tom*_____
Joshua Tom (Miss. Bar No. 105932)
AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI
P.O. Box 2242
Jackson, MS 39225
(601) 354-3408
JTom@aclu-ms.org

Greta Kemp Martin (Miss. Bar No. 103672)
DISABILITY RIGHTS MISSISSIPPI
5 Old River Place, Suite 101
Jackson, MS 39202
(601) 968-0600
gmartin@drms.ms

*Attorneys for Proposed Intervenor-Defendants Disability Rights Mississippi and League of Women Voters of Mississippi*

## CERTIFICATE OF SERVICE

I certify that on February 21, 2024, the foregoing document was filed on the Court's CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Joshua Tom _____

Joshua Tom

*Counsel for Proposed Intervenor-Defendants Disability Rights Mississippi and League of Women Voters of Mississippi*