IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE;
MISSISSIPPI REPUBLICAN PARTY;
JAMES PERRY; and MATTHEW LAMB,

   *Plaintiffs*, vs.

JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,

   *Defendants*.

**No. 1:24-cv-25-LG-RPM**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance on behalf of the proposed Intervenors, **DISABILITY RIGHTS MISSISSIPPI**, to represent them in the above-styled and numbered cause, and the undersigned does hereby request to be included in all future correspondence, filings, and other notices regarding this case.

THIS the 22nd day of February, 2024

       Respectfully submitted,

     BY:  /s/*Greta Kemp Martin*
       GRETA K. MARTIN, MSB #103672
       DISABILITY RIGHTS MISSISSIPPI
       5 OLD RIVER PLACE, SUITE 101
       JACKSON, MISSISSIPPI  39202
       Office: (601) 968-0600
       Facsimile: (601) 968-0665
       Email:  gmartin@drms.ms

## **CERTIFICATE OF SERVICE**

I, undersigned counsel, do hereby certify that a true and correct copy of the foregoing has been filed with this Court's electronic filing system which automatically sends notification to all attorneys of record.

THIS the 22nd day of February, 2024

Respectfully submitted,

BY: ___/s/*Greta Kemp Martin*___
      GRETA K. MARTIN, MSB #103672
      DISABILITY RIGHTS MISSISSIPPI
      5 OLD RIVER PLACE, SUITE 101
      JACKSON, MISSISSIPPI  39202
      Office: (601) 968-0600
      Facsimile: (601) 968-0665
      Email:  gmartin@drms.ms
      ATTORNEY FOR THE PLAINTIFFS