IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE;
MISSISSIPPI REPUBLICAN PARTY;
JAMES PERRY; AND MATTHEW LAMB                                   PLAINTIFFS

VERSUS                                    CIVIL ACTION NO.  1:24-cv-25-LG-RPM

JUSTIN WETZEL, in his official capacity as
the clerk and registrar of the Circuit Court of
Harrison County; TONI JO DIAZ, BECKY
PAYNE, BARBARA KIMBALL, CHRISTENE
BRICE, and CAROLYN HANDLER, in their
official capacities as members of the Harrison
County Election Commission; and MICHAEL
WATSON, in his official capacity as the
Secretary of State of Mississippi                                 DEFENDANTS

**ENTRY OF APPEARANCE**

PLEASE take notice that TIM C. HOLLEMAN, and the law firm of Boyce Holleman & Associates, without waiving any defenses under Rule 12, Federal Rules of Civil Procedure, hereby enters appearance on behalf of the Defendants, JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County and TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, in their official capacities as members of the Harrison County Election Commission.

RESPECTFULLY SUBMITTED, this the 22nd day of February, 2024.

> JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, DEFENDANT
>
> TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN

HANDLER, in their official capacities as members of the Harrison County Election Commission, DEFENDANTS

BY AND THROUGH THEIR COUNSEL OF RECORD
BOYCE HOLLEMAN AND ASSOCIATES

By: /s/ Tim C. Holleman
Tim C. Holleman

## CERTIFICATE OF SERVICE

I, Tim C. Holleman, Boyce Holleman & Associates, do hereby certify that I have this date filed a copy of the above document with the Court's electronic filing system, which sent a notice to all counsel of record.

This the 22nd day of February, 2024.

By: /s/ Tim C. Holleman
Tim C. Holleman

Tim C. Holleman (Ms Bar #2526)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone:  (228) 863-3142
Facsimile:  (228) 863-9829
Email: tim@boyceholleman.com