IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE;
MISSISSIPPI REPUBLICAN PARTY;
JAMES PERRY; AND MATTHEW LAMB                                                PLAINTIFFS

VERSUS                                        CIVIL ACTION NO.  1:24-cv-25-LG-RPM

JUSTIN WETZEL, in his official capacity as
the clerk and registrar of the Circuit Court of
Harrison County; TONI JO DIAZ, BECKY
PAYNE, BARBARA KIMBALL, CHRISTENE
BRICE, and CAROLYN HANDLER, in their
official capacities as members of the Harrison
County Election Commission; and MICHAEL
WATSON, in his official capacity as the
Secretary of State of Mississippi                                                           DEFENDANTS


**JOINDER IN UNOPPOSED MOTION TO EXEMPT DEFENDANTS FROM FILING ANSWER TO PLAINTIFF'S COMPLAINT TO ACCOMMODATE PARTIES' ANTICIPATED FILING OF EARLY CROSS-MOTIONS FOR SUMMARY JUDGMENT (DKT#5).**

COME NOW the Defendants, JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County and TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, in their official capacities as members of the Harrison County Election Commission and pursuant to Rule 10(c) of the Federal Rules of Civil Procedure adopts by reference and joins in the Unopposed Motion To Exempt Defendant From Filing Answer To Plaintiff's Complaint To Accommodate Parties' Anticipated Filing Of Early Cross-Motions For Summary Judgment (DKT#5) and likewise moves for the same relief requested therein.

SO MOVED, this the 22nd day of February, 2024.

        JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, DEFENDANT

        TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, in their official capacities as members of the Harrison County Election Commission, DEFENDANTS

        BY AND THROUGH THEIR COUNSEL OF RECORD BOYCE HOLLEMAN AND ASSOCIATES

        By:  /s/ Tim C. Holleman
                Tim C. Holleman

## CERTIFICATE OF SERVICE

I, Tim C. Holleman, Boyce Holleman & Associates, do hereby certify that I have this date filed a copy of the above document with the Court's electronic filing system, which sent a notice to all counsel of record.

This the 22nd day of February, 2024.

        By:  /s/ Tim C. Holleman
                Tim C. Holleman

Tim C. Holleman (Ms Bar #2526)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone:  (228) 863-3142
Facsimile:  (228) 863-9829
Email:  tim@boyceholleman.com