IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB** | **PLAINTIFFS** |
| VS. | Civil Action No. 1:24-cv-00025-LG-RPM |
| **JUSTIN WETZEL,** *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; **TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER,** *in their official capacities as members of the Harrison County Election Commission*; and **MICHAEL WATSON,** *in his official Capacity as the Secretary of State of Mississippi* | **DEFENDANTS** |

## ORDER

THIS CAUSE having come before the Court on *Defendant Secretary of State Michael Watson's Unopposed [17] Motion to Exempt Defendant from Filing Answer to Plaintiffs' Complaint to Accommodate Parties' Anticipated Filing of Early Cross-Motions for Summary Judgment*, and the Court, finding that the motion is unopposed, and otherwise being fully advised in the premises, finds that said motion is well taken and should be **GRANTED**.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant Secretary of State Michael Watson's above-mentioned [17] Motion, be and the same hereby is **GRANTED**, and Defendant Michael Watson, in his official capacity as Secretary of State of Mississippi, is hereby exempted from filing an answer or other response to Plaintiffs' [1] Complaint by February 26,

2024, or otherwise, subject to further order of this Court regarding the prospective entry of a briefing schedule on the parties' anticipated cross-motions for summary judgment.

**SO ORDERED AND ADJUDGED** this the 23rd day of February, 2024.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.

United States District Judge