AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Christene Brice__
was received by me on *(date)* __2.5.24__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On 2.22.24 Counsel for defendant accepted Service on her behalf as her agent authorized to receive Service, pursuant to MRCP 4(d)(1)(A)

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __02/22/24__

*Server's signature*

__Spencer M. Ritchie__
*Printed name and title*

__210 East Capitol St. Suite 2200 Jackson, MS 39201__
*Server's address*

Additional information regarding attempted service, etc:

RETURN

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB<br><br>*Plaintiff(s)*<br>v.<br>JUSTIN WETZEL, TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, CAROLYN HANDLER, and MICHAEL WATSON<br><br>*Defendant(s)* | Civil Action No.   1:24cv25 LG-RPM |

**ALIAS**
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Christene Brice,
in her official capacity as member of the Harrison County Election Commission,
9229 Highway 49
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Spencer Ritchie
210 East Capitol Street, Suite 2200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

CLERK OF COURT

Date: 02/05/2024

*Signature of Clerk or Deputy Clerk*