IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **REPUBLICAN NATIONAL COMMITTEE, et al.** | **PLAINTIFFS** |
| v. | CAUSE NO. 1:24cv25-LG-RPM |
| **JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, et al.** | **DEFENDANTS** |

*consolidated with*

| | |
|---|---|
| **LIBERTARIAN PARTY OF MISSISSIPPI** | **PLAINTIFF** |
| v. | CAUSE NO. 1:24cv37-LG-RPM |
| **JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, et al.** | **DEFENDANTS** |

## RULE 16(a) INITIAL PRETRIAL ORDER TO CONFER

In the above-styled consolidated cases, the defendants have requested and obtained exemptions from filing answers to the pending Complaints, and they have agreed that all issues presented should be resolved via cross-motions for summary judgment. The Court intends to schedule an in-person scheduling conference as soon as practicable.

**IT IS THEREFORE ORDERED AND ADJUDGED** that on or before **March 13, 2024**, all lead counsel of record shall confer regarding all applicable matters set forth in L.U.Civ.R. 26(f). In addition, the Court intends to schedule an

in-person initial Rule 16(a) pretrial conference. Therefore, lead counsel of record shall provide the Court with proposed dates and times on which the parties are available.

**SO ORDERED AND ADJUDGED** this the 4th day of March, 2024.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE