# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION GULFPORT

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB,<br><br>    Plaintiffs,<br><br>    v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,<br><br>    Defendants. | No. 1:24-cv-00025-LG-RPM<br>(Lead Case)<br><br>**JOINT MOTION FOR SCHEDULING ORDER** |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, et al.*,<br><br>    Defendants. | No. 1:24-cv-00037-LG-RPM<br>(Consolidated Case) |

Plaintiffs and Defendants in both the lead case and the consolidated case jointly move for the entry of a scheduling order to govern cross-motions for summary judgment in this case. This motion is made in an effort "to secure the just, speedy, and inexpensive determination" of this case and preserve the Court's resources. Fed. R. Civ. P. 1.

On February 16, 2024, Defendant Michael Watson moved for exemptions from filing responses in both the lead case and the consolidated case "to accommodate the parties'

anticipated filing of early cross-motions for summary judgment." Doc. 17 at 1 (lead case); Doc. 5 at 1 (consolidated case). The unopposed motions stated that both cases "implicate related questions of law capable of resolution by the Court." Doc. 17 at 2 (lead case); Doc. 5 at 2 (consolidated case). The motions indicated that the parties in both cases will coordinate "to dispose of all claims in both cases via cross-motions for summary judgment to be separately filed in both actions." *Id.*

The Court granted the motions "subject to further order of this Court regarding the prospective entry of a briefing schedule on the parties' anticipated cross-motions for summary judgment." Doc. 27 at 2 (lead case); Doc. 15 at 2 (consolidated case). A few days later, the Court granted a similar motion by the County Defendants. *See* Text Order Granting Doc. 33 (lead case) and Text Order Granting Doc. 16 (consolidated case). Certain intervenors in the lead case also filed a notice "to convey their willingness to abide by any briefing schedule this Court sets for the parties in this case." Doc. 26 at 3 (lead case).

Plaintiffs and Defendants in the lead case and consolidated case thus propose the following summary judgment briefing schedule:

- March 26, 2024: cross-motions for summary judgment due
- April 9, 2024: oppositions due
- April 16, 2024: replies due

Given the purely legal claims at issue, the parties continue to believe that cross-motions for summary judgment are the most efficient route to resolving this case, and respectfully request that the Court enter a scheduling order establishing the briefing schedule proposed above. If this proposal resolves the Court's scheduling concerns, the parties respectfully request that the Court adopt this schedule in lieu of holding an in-person scheduling conference. Regardless, pursuant to the Court's Rule 16(a) Initial Pretrial Order to Confer, the parties will confer by March 13, 2024, and provide dates and times on which the parties are available for a scheduling conference. *See* Doc. 36.

Dated: March 5, 2024                                  Respectfully submitted,

Thomas R. McCarthy*                                   s/ Spencer M. Ritchie
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC                                Spencer M. Ritchie (MSB #103636)
1600 Wilson Blvd., Ste. 700                           FORMAN WATKINS & KRUTZ LLP
Arlington, VA 22209                                   210 East Capitol Street, Suite 2200
(703) 243-9423                                        Jackson, MS 39201
tom@consovoymccarthy.com                              (601) 960-3172
conor@consovoymccarthy.com                            spencer.ritchie@formanwatkins.com

 *pending admission *pro hac vice* Counsel            for Plaintiffs Republican National
                                                      Committee, Mississippi Republican
                                                      Party, James Perry, and Matthew
                                                      Lamb

Robert D. Popper*                                     s/ Russ Nobile
Eric W. Lee*
JUDICIAL WATCH, INC.                                  T. Russell Nobile (MS Bar #100682)
425 Third Street SW, Suite 800                        JUDICIAL WATCH, INC.
Washington, DC 20024                                  Post Office Box 6592
 (202) 646-5172                                       Gulfport, Mississippi 39506
porfanedes@judicialwatch.org                          (202) 527-9866
rpopper@judicialwatch.org                             rnobile@judicialwatch.org
elee@judicialwatch.org

*pending admission pro hac vice Counsel               for Plaintiff Libertarian Party of
                                                      Mississippi

LYNN FITCH, ATTORNEY GENERAL                          s/ Rex M. Shannon III
STATE OF MISSISSIPPI
                                                      Rex M. Shannon III (MSB #102974)
                                                      Special Assistant Attorney General
                                                      Wilson Minor (MSB #102663)
                                                      State of Mississippi
                                                      Office of the Attorney General
                                                      Civil Litigation Division
                                                      Post Office Box 220
                                                      Jackson, Mississippi  39205-0220
                                                      Tel.:  (601) 359-4184
                                                      Fax:  (601) 359-2003
                                                      rex.shannon@ago.ms.gov
                                                      wilson.minor@ago.ms.gov

3

>*for Defendant Michael Watson, in his official capacity as Secretary of State of Mississippi*
>
>*s/ Tim C. Holleman*
>
>BOYCE HOLLEMAN AND ASSOCIATES, P.A.
>1720 23rd Avenue
>Gulfport, MS 39501
>228/863-3142
>Fax: 228/863-9829
>Email: tim@boyceholleman.com
>
>*for Defendant Justin Wetzel, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County and Defendants Toni Jo Diaz, Becky Payne, Barbara Kimball, Christene Brice, and Carolyn Handler, in their official capacities as members of the Harrison County Election Commission*

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that I have this date filed a copy of the above document with the Court's electronic filing system, which sent a notice to all counsel of record.

This the 5th day of March, 2024.

>*s/ Spencer M. Ritchie*
>Spencer M. Ritchie (MSB #103636)
>FORMAN WATKINS & KRUTZ LLP
>210 East Capitol Street, Suite 2200
>Jackson, MS 39201
>(601) 960-3172
>spencer.ritchie@formanwatkins.com

4