# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **REPUBLICAN NATIONAL COMMITTEE, et al.** | **PLAINTIFFS** |
| v. | CAUSE NO. 1:24cv25-LG-RPM |
| **JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, et al.** | **DEFENDANTS** |

*and*

| | |
|---|---|
| **VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE OF RETIRED AMERICANS** | **INTERVENOR DEFENDANTS** |

*consolidated with*

| | |
|---|---|
| **LIBERTARIAN PARTY OF MISSISSIPPI** | **PLAINTIFF** |
| v. | CAUSE NO. 1:24cv37-LG-RPM |
| **JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, et al.** | **DEFENDANTS** |

### SUMMARY JUDGEMNT BRIEFING SCHEDULING ORDER

**BEFORE THE COURT** is the [37] Joint Motion for Scheduling Order filed by the plaintiffs and the defendants in the above-styled consolidated cases. The Court, upon being advised that the motion is unopposed and otherwise being fully advised in the premises, finds that said motion is well taken and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that any motions for summary judgment in this matter shall be governed by the following schedule:

- On or before March 26, 2024: Motions for Summary Judgment due.
- On or before April 9, 2024: Responses due.
- On or before April 16, 2024: Replies due.

**SO ORDERED AND ADJUDGED** this the 5th day of March, 2024.

*s/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE