UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:24-CV-25-LG-RPM |
| JUSTIN WETZEL et al | DEFENDANTS |

*consolidated with*

| | |
|---|---|
| LIBERTARIAN PARTY OF MISSISSIPPI | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:24-CV-37-LG-RPM |
| JUSTIN WETZEL et al | DEFENDANTS |

### ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE

The Court has considered the Motions to Appear Pro Hac Vice filed by Intervenor-Defendants Mississippi Alliance for Retired Americans and Vet Voice Foundation on behalf of attorneys Elisabeth C. Frost, Christopher D. Dodge, Michael B. Jones, Richard A. Medina, and Tina Meng Morrison. The Court finds the motions to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motions to Appear Pro Hac Vice are hereby granted, and that Elisabeth C. Frost, Christopher D. Dodge, Michael B. Jones, Richard A. Medina, and Tina Meng Morrison shall be admitted to serve as co-counsel for Intervenor-Defendants Mississippi Alliance for Retired Americans and Vet Voice Foundation.

Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 5th day of March 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE