FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Libertarian Party of Mississippi     Plaintiff

v.                                    CIVIL ACTION NO.   1:24cv37-LG-RPM

Justin Wetzel, et al.                 Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Eric W. Lee

Firm Name: Judicial Watch, Inc.

Office Address: 425 Third Street, S.W. Suite 800

City: Washington   State: D.C.   Zip: 20024

Telephone: 202-646-0008   Fax: 202-646-5199

E-Mail: elee@judicialwatch.org

(B) Client(s): Libertarian Party of Mississippi

Address: 1625 E. County Line Road

City: Jackson   State: MS   Zip: 39211

Telephone: 202-646-0008   Fax: 202-646-5199

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:

☑   State of California

☑   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

350 McAllister St Room 1295, San Francisco, CA 94102, 415-865-7000, https://supreme.courts.ca.gov/

430 E St NW, Washington, DC 20001, (202) 879-1010, https://www.dccourts.gov/court-of-appeals

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| Maryland Supreme Court | December 2016 |
| U.S. District Court for the District of Maryland | July 2017 |
| U.S. District Court for the District of Columbia | December 2017 |
| U.S. District Court for the Eastern District of California | May 2020 |
| U.S. District Court for the District of Colorado | May 2021 |
| U.S. District Court for the Northern District of Illinois | August 2022 |
| U.S. Court of Appeals for the Seventh Circuit | February 2023 |

(D) Have you been denied admission pro hac vice in this state?  Yes ☐  No ☒

Have you had admission pro hac vice revoked in this state?  Yes ☐  No ☒

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?  Yes ☐  No ☒

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?  Yes ☐  No ☒

3



FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?   Yes ◯   No ⦿

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
| --- | --- | --- |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

|  | Yes | No |
|---|---|---|
| (I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number:  T. Russell Nobile (MS Bar No. 100682)

Firm Name:  Judicial Watch, Inc.

Office Address:  Post Office Box 6592

City: Gulfport    State: MS    Zip: 39506

Telephone: 202-527-9866    Fax:

Email address:  rnobile@judicialwatch.org

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

*Kriss Nalh*
———————————————
Resident Attorney

I certify that the information provided in this Application is true and correct.

3-6-24
———
Date

*K Nahl*
———————————————
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __6__ day of __March__, 20__24__

*K Nahl*
———————————————
Resident Attorney



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Eric William Payne Lee

was duly qualified and admitted on October 2, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 04, 2024.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

February 26, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIC WILLIAM PAYNE LEE, #327002 was admitted to the practice of law in this state by the Supreme Court of California on October 12, 2019 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records