FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Libertarian Party of Mississippi          Plaintiff

v.                                                      CIVIL ACTION   24-cv-25-LG-RPM
                                                          NO.

Justin Wetzel, et al.                       Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)**   Name:              Eric W. Lee

          Firm Name:          Judicial Watch, Inc.

          Office Address:    425 Third Street, S.W. Suite 800

          City:              Washington              State D.C.          Zip 20024

          Telephone:         202-646-0008            Fax: 202-646-5199

          E-Mail:            elee@judicialwatch.org

**(B)**   Client(s):         Libertarian Party of Mississippi

          Address:           1625 E. County Line Road

          City:              Jackson                 State MS           Zip 39211

          Telephone:         202-646-0008            Fax: 202-646-5199

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the
clients you propose to represent, and is there a relationship between those other matter(s) and
the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it
particularly desirable that you be permitted to represent the client(s) you propose to represent
in this case?

(C)     I am admitted to practice in the:



State of California

District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by
the appropriate licensing authority within ninety days of the date of this Application, is
enclosed; the physical address, telephone number and website/email address for that
admitting Court are:

350 McAllister St Room 1295, San Francisco, CA 94102, 415-865-7000,
https://supreme.courts.ca.gov/

430 E St NW, Washington, DC 20001, (202) 879-1010,
https://www.dccourts.gov/court-of-appeals

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| Maryland Supreme Court | December 2016 |
| U.S. District Court for the District of Maryland | July 2017 |
| U.S. District Court for the District of Columbia | December 2017 |
| U.S. District Court for the Eastern District of California | May 2020 |
| U.S. District Court for the District of Colorado | May 2021 |
| U.S. District Court for the Northern District of Illinois | August 2022 |
| U.S. Court of Appeals for the Seventh Circuit | February 2023 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | Yes | No |
|---|---|---|

(F)   Have you been formally held in contempt or otherwise sanctioned by any court in a written order  in the last five years for disobeying its rules or orders?   ◯ Yes   ◉ No

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

|  |  |  | Yes | No |
|---|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? |  | ◉ | ○ |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? |  | ◉ | ○ |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   T. Russell Nobile (MS Bar No. 100682)

Firm Name:   Judicial Watch, Inc.

Office Address:   Post Office Box 6592

City: Gulfport          State: MS      Zip: 39506

Telephone: 202-527-9866      Fax:

Email address: rnobile@judicialwatch.org

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)   The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

**3-6-24**
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the **6** day of **March**, 20**24**

_____
Resident Attorney