**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**REPUBLICAN NATIONAL COMMITTEE;**
**MISSISSIPPI REPUBLICAN PARTY;**
**JAMES PERRY; AND MATTHEW LAMB**                    **PLAINTIFFS**

**VERSUS**                              **CIVIL ACTION NO.  1:24-cv-25-LG-RPM**

**JUSTIN WETZEL, in his official capacity as**
**the clerk and registrar of the Circuit Court of**
**Harrison County; TONI JO DIAZ, BECKY**
**PAYNE, BARBARA KIMBALL, CHRISTENE**
**BRICE, and CAROLYN HANDLER, in their**
**official capacities as members of the Harrison**
**County Election Commission; and MICHAEL**
**WATSON, in his official capacity as the**
**Secretary of State of Mississippi**                    **DEFENDANTS**


**RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO INTERVENE (DKT#18).**

COME NOW the Defendants, JUSTIN WETZEL, in his official capacity as the clerk and

registrar of the Circuit Court of Harrison County and TONI JO DIAZ, BECKY PAYNE,

BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, in their official

capacities as members of the Harrison County Election Commission and files this their Response

in Opposition to Motion for Leave to Intervene (DKT#18) and in opposition thereto would state

as follows:

I.

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure these Defendants adopts

by reference and joins in the Response to Intervention Motion (DKT#40) as if fully set forth

therein and to avoid duplication and likewise request for the same relief requested therein.  Based

thereon intervention should be denied.

RESPECTFULLY SUBMITTED, this the 6th day of March, 2024.

JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, DEFENDANT

TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, in their official capacities as members of the Harrison County Election Commission, DEFENDANTS

BY AND THROUGH THEIR COUNSEL OF RECORD BOYCE HOLLEMAN AND ASSOCIATES


By:   /s/ Tim C. Holleman           

Tim C. Holleman

## CERTIFICATE OF SERVICE

I, Tim C. Holleman, Boyce Holleman & Associates, do hereby certify that I have this date filed a copy of the above document with the Court's electronic filing system, which sent a notice to all counsel of record.

This the 6th day of March, 2024.


By:   /s/ Tim C. Holleman           

Tim C. Holleman


Tim C. Holleman (Ms Bar #2526)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone:  (228) 863-3142
Facsimile:  (228) 863-9829
Email:  tim@boyceholleman.com