**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB, <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*, and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*, <br><br> Defendants. | Case Nos. 1:24-CV-00025-LG-RPM <br> 1:24-CV-00037-LG-RPM <br><br> **DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO INTERVENE AS DEFENDANT** |
| LIBERTARIAN PARTY OF MISSISSIPPI, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*, and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*, <br><br> Defendants. | |

Pursuant to Federal Rule of Civil Procedure 24, the Democratic National Committee (DNC) respectfully moves to intervene as a matter of right in the above-captioned matters as a Defendant. The DNC is entitled to intervene as of right because its motion is timely, it has direct and legally protectable interests in these actions, disposition of these cases could impair its ability to protect such interests, and it is not adequately represented by the existing parties. Alternatively, pursuant to Rule 24(b), the DNC respectfully moves for permissive intervention as, again, its motion is timely, intervention will not unduly delay or prejudice the existing parties, and its defenses and the main actions have questions of law and fact in common.  Alternatively, the DNC requests leave to participate in these cases as *amicus curiae*.

In support of this motion, the DNC concurrently files a memorandum setting forth the reasons warranting its intervention under Rule 24.  In compliance with Rule 24(c), the DNC also attaches to this motion a proposed motion to dismiss and an accompanying proposed memorandum that sets out the defenses and arguments for which intervention is sought.

Pursuant to Local Rule 7(b)(10), counsel for the DNC contacted counsel for the plaintiffs, defendants, and intervenor-defendants Vet Voice Foundation and Mississippi Alliance for Retired Americans in the above captioned cases.  Counsel for all defendants except Michael Watson indicated that they would advise those defendants to oppose this motion, and counsel for defendant Michael Watson indicated that they could not take a position on the motion until they receive a copy of the motion papers.  Counsel for intervenor-defendant indicated that they do not oppose the motion.  No other counsel has responded with their client's position.  The DNC will apprise the Court of any additional responses it receives.

Respectfully submitted, this the 6th day of March, 2024.

DEMOCRATIC NATIONAL COMMITTEE

/s/ David W. Baria
David W. Baria, MSB #8646

David W. Baria, MSB #8646
COSMICH, SIMMONS & BROWN, PLLC
544 MAIN STREET
BAY ST. LOUIS, MS  39520
T:  228-242-4987
F:  601-863-0078
E: david.baria@cs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the above and foregoing with the

Clerk of Court using the CM/ECF system which sent notification of such filing to counsel of

record.

This the 6th day of March, 2024.

/s/ David W. Baria
David W. Baria