IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*, and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,<br><br>Defendants. | Case Nos. 1:24-CV-00025-LG-RPM<br>        1:24-CV-00037-LG-RPM<br><br>**[PROPOSED] INTERVENOR-DEFENDANT DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO DISMISS**<br><br> |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*, and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,<br><br>Defendants. | |

Intervenor-Defendant the Democratic National Committee (DNC), hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiffs' complaints (Case No. 1:24-cv-25, ECF No. 1; Case No. 1:24-cv-37, ECF No. 1) with prejudice for failure to state a claim upon which relief can be granted, for all the reasons set forth in the accompanying memorandum in support of this motion.

WHEREFORE, Intervenor-Defendant respectfully requests that this Court enter an order granting this motion to dismiss and dismiss Plaintiffs' complaints with prejudice.

Respectfully submitted, this the 6th day of March, 2024.

DEMOCRATIC NATIONAL COMMITTEE

/s/ David W. Baria
David W. Baria, MSB #8646

David W. Baria, MSB #8646
COSMICH, SIMMONS & BROWN, PLLC
544 MAIN STREET
BAY ST. LOUIS, MS  39520
T:  228-242-4987
F:  601-863-0078
E:  david.baria@cs-law.com