IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB | PLAINTIFFS |
| VS. | Civil Action No. 1:24-cv-25-LG-RPM |
| JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, et al. | DEFENDANTS |
| and | |
| VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS | INTERVENOR DEFENDANTS |

*consolidated with*

| | |
|---|---|
| LIBERTARIAN PARTY OF MISSISSIPPI | PLAINTIFF |
| VS. | Civil Action No. 1:24-cv-37-LG-RPM |
| JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, et al. | DEFENDANTS |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Wilson Douglas Minor, Special Assistant Attorney General for the State of Mississippi, hereby enters his appearance as counsel of record for Defendant Michael Watson, in his official capacity as Secretary of State of Mississippi.

THIS the 13th day of March, 2024.

Respectfully submitted,

MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANT

By:    LYNN FITCH, ATTORNEY GENERAL
        STATE OF MISSISSIPPI

By:    s/Wilson D. Minor
        WILSON D. MINOR (MSB #102663)
        Special Assistant Attorney General

WILSON MINOR (MSB #102663)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-6279
Fax:  (601) 359-2003
wilson.minor@ago.ms.gov

ATTORNEY FOR DEFENDANT MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI

## CERTIFICATE OF SERVICE

    I, Wilson D. Minor, Special Assistant Attorney General and one of the attorneys for the above-named State Defendant, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

    THIS the 13th day of March, 2024.

        s/Wilson D. Minor
        WILSON D. MINOR