**MISSISSIPPI REPUBLICAN PARTY**

HOME   OUR PARTY ∨   NEWS AND EVENTS ∨   GET INVOLVED ∨

CONTACT   STORE   DONATE   UNITED REPUBLICAN FUND

# MISSISSIPPI
# REPUBLICAN PARTY

**GET INVOLVED**

EXHIBIT 2

The MSGOP helps elect and support Republican candidates and uphold the MSGOP platform.



CHAIRMAN FRANK BORDEAUX



"Freedom matters. But freedom in America is under attack. As Mississippi Republicans, we are fighting at every level of government to protect your liberties and the conservative cause. Join us and stand alongside the thousands of Mississippians who understand we must keep our nation free."

Mississippi Republican Party • 415 Yazoo Street, Jackson, Mississippi 39201 • P.O. Box 60, Jackson, MS 39205 • Phone: 601-948-5191 • Fax: 601-354-0972 • Paid for by the Mississippi Republican Party • ©2022 Mississippi Republican Party • All Rights Reserved.