IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al, <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN WETZEL, et al., <br><br> Defendants. | No. 1:24-cv-25-LG-RPM <br> (lead case) |
| LIBERTARIAN PARTY OF MISSISSIPPI, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN WETZEL, et al., <br><br> Defendants. | No. 1:24-cv-37-LG-RPM <br> (consolidated) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, respectfully submits this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. Plaintiff respectfully requests an order granting summary judgment finding relevant parts of Miss. Code Ann. § 23-15-637(1)(a) violate the First and Fourteenth Amendment, the Elections Clause, and the Electors Clause, 2 U.S.C §§ 1, 7, and 3 U.S.C. § 1, and that Defendants, acting under color of State law, have deprived Plaintiff of federal rights secured by the Constitution of the United States and by Acts of Congress. Additionally, Plaintiff seeks an order from the Court granting all temporary and permanent relief that Plaintiff is entitled to, and that the Court deems just and proper.  In support, Plaintiff submits the following exhibits that

support the arguments presented in the Memorandum in Support of this Motion, which was filed contemporaneously with this Motion:

<u>Exhibit</u>

No. 1 – Plaintiff's Statement of Material Facts Not in Dispute;

No. 2 – Declaration of T. Russell Nobile, counsel for Plaintiff Libertarian Party of Mississippi;

No. 3 – Declaration of Vicky Hanson, former Secretary of the Libertarian Party of Mississippi;

No. 4 – "2022 General Election Absentee Report (Oct. 30)," Mississippi Secretary of State's Office, October 30, 2022; and

No. 5 – "Official 2020 General Election Results," Mississippi Secretary of State's Office.

March 26, 2024

    <u>*s/ Russ Nobile*</u>
T. Russell Nobile (MS Bar 100682)
JUDICIAL WATCH, INC.
Post Office Box 6592
Gulfport, Mississippi 39506
Phone: (202) 527-9866
rnobile@judicialwatch.org

Robert D. Popper*
Eric W. Lee*
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
porfanedes@judicialwatch.org
rpopper@judicialwatch.org
elee@judicialwatch.org

*Application for admission pro hac vice forthcoming*