# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>JUSTIN WETZEL, et al.,<br><br>　　　　　　　Defendants. | No. 1:24-cv-25-LG-RPM<br>(lead case) |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JUSTIN WETZEL, et al.,<br><br>　　　　　　　Defendants. | No. 1:24-cv-37-LG-RPM<br>(consolidated) |

## DECLARATION OF T. RUSSELL NOBILE

I, T. Russell Nobile, declare as follows:

1. I am an attorney representing Plaintiff Libertarian Party of Mississippi in Civ. No. 1:24-cv-37. I submit this declaration and the attached exhibits based on my own personal knowledge and in support of Plaintiff's Motion for Summary Judgment and Statement of Material Facts.

2. Attached as Exhibit 4 to Plaintiff's Motion for Summary Judgment is a true and accurate copy of "2022 General Election Absentee Report (Oct. 30)," Mississippi Secretary of State's Office, October 30, 2022. The document is available online at https://bit.ly/48O0VuM.

3. Attached as Exhibit 5 to Plaintiff's Motion for Summary Judgment is a true and accurate copy of "Official 2020 General Election Results," Mississippi Secretary of State's Office. The document is available online at https://bit.ly/47MQfv7.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2024                                       *s/ Russ Nobile*
                                                            T. Russell Nobile