# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al, <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN WETZEL, et al., <br><br> Defendants. | No. 1:24-cv-25-LG-RPM <br> (lead case) |
| LIBERTARIAN PARTY OF MISSISSIPPI, <br><br> Plaintiff, <br> v. <br><br> JUSTIN WETZEL, et al., <br><br> Defendants. | No. 1:24-cv-37-LG-RPM <br> (consolidated) |

## DECLARATION OF VICKY HANSON

I, Vicky Hanson, declare as follows:

1. I am a resident of West Point, Mississippi.

2. I am the most recent past Secretary of the Libertarian Party of Mississippi ("Party").

3. Libertarian Party of Mississippi is a registered political party in the state of Mississippi.

4. Since 2017, I have held almost every leadership position within the Party, including Chair, Vice Chair, Treasurer, Secretary, District Representative, At-large Representative, as a member of the Executive Committee.

5. I began 2017 as the Secretary of the Party. However, by the end of the year I had also served as the Treasurer and Vice Chair of the Party.

6. From 2018 through 2019, I served as Party District Representative for my Congressional district.

7. In 2019, I ran for the Mississippi House of Representatives for District 37. At this time, I did not serve in the Party's leadership.

8. In 2020, I ran as an independent candidate for the Party in the special election for Mississippi House District 37.

9. From 2020 through 2021, I served as Chairwoman of the Party.

10. In 2021 through 2022, I served as Chairwoman for the Party's state convention.

11. From December 2022 until February 2023, I served as District 1 Rep. I again served as Secretary for the Party from 2023-24.

12. As a lifetime member of the Libertarian Party of Mississippi, I remain very active in the Party, and I was just appointed as the Membership Committee Chairperson. I also remain active in the campaigns of Party candidates. Throughout my career with the Party, and independently, I have worked for, volunteered for and/or managed mayoral, legislative, congressional, senatorial, and presidential campaigns in Mississippi.

13. During my years working for the Party, my responsibilities have been very broad. I have worked with many of the Party's candidates to get them on the ballot for local, state, and federal elections.

14. The Party has members, supporters, and candidates for office that exercise their rights under the First and Fourteenth Amendments to associate and join together in support of the Party's beliefs.

15. The Party's candidates for federal office rely on provisions of federal and state law in conducting their campaigns and, in particular, in allocating resources to the post-election certification process.

16. I am currently working on the campaign for one of the candidates vying to be the Party's nominee for President of the United States in the November 2024 general federal election.

17. I have worked and volunteered for candidates and otherwise assisted their campaigns organizing pre-election, election day, and post-election operations.

18. It is important for a professional campaign to monitor the counting of ballots. In the Party's experience, many ballots, and particularly late-arriving ballots, are incorrectly recorded or have discrepancies, such as missing voter or witness signatures, dates, postmarks, or other required information to be a valid absentee ballot in Mississippi. Pointing this out at the right time will affect the final vote totals for each candidate.

19. It is obviously important to the Party, its members, and its supporters that its electoral support be as large as possible. That's why I have worked for the Party all these years.

20. The public, the media, and politicians judge the political relevance of a party and its message by the number of votes its candidates receive. This is true even for small parties like the Libertarian Party, and even where we have little chance of winning. In my experience, people often vote for Party candidates as a way to protest what the major parties are doing. The size of our vote total is a measure of how unhappy voters are with the major parties.

21. When the Party's candidates' electoral performance is seen as less impressive, it limits the Party's ability to influence donors, recruit volunteers, recruit future candidates for office, and register new voters within the Party. The public perceives that Mississippi voters are turning away from the Party's platform.

22. Though we are the third largest party in Mississippi and nationally, we are still a small party with very limited resources, especially compared to the Republican and Democratic parties. The Party already struggles to provide funds and resources to observe post-election canvassing. The receipt of absentee ballots after Election Day inhibits Party's ability to monitor counties' receipt of those ballots, as it must sparingly use limited resources during the post-election certification process.

23. The Party's candidates can rarely afford to hire lawyers or staff to monitor the canvassing of ballots. Party candidates can only monitor the canvassing of ballots with the help of volunteers who are willing to take time off from their work and family obligations. Sometimes the Party can only allocate those limited resources to counties and precincts where volunteers live.

24. It is especially difficult to find people to volunteer to monitor the canvassing of ballots.  I have participated as a volunteer for the Party in monitoring the canvassing of ballots. Often, however, the Party is simply unable to monitor the canvassing of ballots, and it just forgoes this important task in certain counties, or in certain elections.

25. Prior to the 2020 general election, Mississippi required absentee ballots to be received by 5:00 p.m. on the day prior to Election Day.  During this time, it was much easier for the Party to campaign, organize political activities, and monitor the receipt of absentee ballots in all 82 Mississippi counties.  The Party was more likely to have the resources to monitor receipt of absentee ballots, at least in some counties.  During this time, Party members could observe the preliminary (machine) results on Election Day night and, often, know the number of absentee and affidavit ballots that remained to be canvassed the following day.

26. In 2020, due to the change in Mississippi's election code allowing an additional five business days to receive absentee ballots, the Party's ability to monitor the canvassing of

ballots diminished. The Party didn't field monitors for all five extra business days in any election held after the law changed, and it is very unlikely it will be able to do so in the near future. The Democrat and Republican parties, by contrast, can afford to do this extra monitoring, so the Libertarian Party is now in an even worse position compared to them.

27. I also believe that Mississippi's law allowing receipt of mailed ballots for up to five business days after Election Day has caused the Party's candidates to have worse electoral results than Republican and Democratic candidates. This is because I believe that more mailed ballots coming in after Election Day are cast for Republican or Democratic candidates. During my volunteering, I often go door to door to generate support for Libertarian candidates. When I do these solicitations, voters often commit to me that they will support the Party's candidates. The voters I am soliciting indicate they plan to vote in person on Election Day. I don't get requests for help in voting absentee. Based on this experience, I believe that supporters of the Party's candidates tend to vote in person.

28. In the 2023 elections for state office in Mississippi, allegations of impropriety concerning late-arriving ballots arose in the State House District 114 race. One of Party's candidates was running for House District 114. Due to its limited resources, the Party lacked the ability to monitor and observe the late-arriving ballots to corroborate any of those allegations in all 82 Mississippi counties.

29. For all of these reasons, the Party is harmed by Mississippi's five-day post-Election Day receipt deadline for absentee ballots.

- 6 -

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2024                                                   *s/ Vicky Hanson*
                                                                                                        Vicky Hanson