# EXHIBIT 4

# *Press Releases & Columns*

*Home (/)*  >  *Press Releases & Columns (/press)*  >  2022 General Election Absentee Report (Oct. 30)

Sunday, October 30, 2022

## 2022 General Election Absentee Report (Oct. 30)

**JACKSON** – As of Sunday, October 30, 2022, the Statewide Election Management System (SEMS) reported a total of **29,919 absentee ballots** requested, **29,044 absentee ballots sent**, and **22,221 absentee ballots** received in the state of Mississippi for the 2022 General Election.

At the same point during the 2020 General Election, SEMS reported a total of **169,087 absentee ballots requested, 165,846 absentee ballots sent, and 142,591 absentee ballots received**.

Click here to view county reports. (https://content.govdelivery.com/attachments/MSSOS/2022/10/31/file_attachments/2314141/10-31-2022%20Absentee%20Ballot%20Summary%20Report.pdf)

As a reminder, the requested total reflects the number of Mississippi voters who have requested an absentee ballot through their local Circuit Clerk's Office. The sent total reflects the number of absentee ballots sent to voters from Circuit Clerk Offices. The received total reflects the number of completed absentee ballots returned to Circuit Clerk Offices.

**Additional Reminders**

> All mail-in absentee ballots must be postmarked by Election Day (November 8) and received within five business days of Election Day in order to count.

> The Resolution Board can begin processing absentee ballots at the opening of the polls on Election Day (7 a.m.).

> County election officials can tabulate ballots at the closing of the polls on Election Day (7 p.m.).

> **Our office will not announce unofficial election results.** As always, we will only announce and post certified election results submitted to our office by the counties.

> Counties have ten (10) calendar days from Election Day to file certified results with our office.
>> All certified election results from the 2022 Election Cycle will be posted here (https://www.sos.ms.gov/elections-voting/election-results)on our website.

> Counties may announce unofficial totals as the results come in from each precinct on Election Day and as absentee ballots are tallied on Election Night. While these results are generally reliable, it is important to remember any results reported the night of the Election are not considered official, certified election results.

For questions regarding absentee voting, please contact our Elections Division at ElectionsAnswers@sos.ms.gov (mailto:ElectionsAnswers@sos.ms.gov), call the Elections Hotline at 1-800-829-6786, or visit YallVote.ms (https://www.sos.ms.gov/yall-vote).

2024 Mississippi Secretary of State. All rights reserved.



Employment (/about-us/employment-opportunities)

Online Services Directory (/online-services-directory)

Fees & Forms Directory (/business-services/fees-forms-directory)

Public Records Request (https://lobbying.sos.ms.gov/elec/portal/c/ExecuteWorkflow.aspx?workflowid=g1fd59c0c-4a5d-4f30-881d-da033b6cf084)

How Do I...? (/how-do-i)

Links (/links)

Disclaimer (/disclaimer)



(https://www.facebook.com/MississippiSecretaryofState)