# EXHIBIT 5

# 2020 General Election

Home (/)   >   Elections & Voting (/elections-voting)   >   Election Results (/elections-voting/election-results)   >   2020 Election Results (/elections-voting/election-results/2020-election-results)   >   2020 General Election

**OFFICIAL 2020 GENERAL ELECTION CERTIFIED RESULTS**

If you wish to view any information in PDF format but do not have an Adobe reader, download a free reader.

**Only certifed reporting races are listed below.**

| General Election Certifications |
|---|
| **U. S. President & Vice President** |
| President and Vice President |
| President and Vice President_AMENDED |
|  |
| **U.S. Senator** |
| US Senate |
| US Senate_AMENDED |
|  |
| **U. S. House of Representatives** |
| United States House of Representatives, District 1 |
| United States House of Representatives, District 2 |
| United States House of Representatives, District 2_AMENDED |
| United States House of Representatives, District 3 |
| United States House of Representatives, District 4 |
|  |
| **Mississippi Supreme Court Justices** |
| Supreme Court District 1 (Central), Place 1 |
| Supreme Court District 1 (Central), Place 2 |
| Supreme Court District 2 (Southern), Place 3 |
| Supreme Court District 3 (Northern), Place 3 |

## ELECTION RESULTS

Election Results (/elections-voting/election-results)

2023 Elections (https://www.sos.ms.gov/elections-voting/2023-election-results)

2022 Elections (https://www.sos.ms.gov/elections-voting/2022-election-results)

2021 Elections (https://www.sos.ms.gov/elections-voting/election-results/2021-election-results)

2020 Elections (/elections-voting/election-results/2020-election-results)

2019 Elections (/elections-voting/election-results/2019-election-results)

2018 Elections (/elections-voting/election-results/2018-election-results)

2017 Elections (/elections-voting/election-results/2017-election-results)

2016 Elections (/elections-voting/election-results/2016-election-results)

2015 Elections (/elections-voting/election-results/2015-election-results)

2014 Elections (/elections-voting/election-results/2014-election-results)

2013 Elections (/elections-voting/election-results/2013-election-results)

2012 Elections (/elections-voting/election-results/2012-election-results)

2011 Elections (/elections-voting/election-results/2011-election-results)

2010 Elections (/elections-voting/election-results/2010-election-results)

2009 Elections (/elections-voting/election-results/2009-election-results)

2008 Elections (http://www.sos.state.ms.us/elections/2008/index.asp)

2007 Elections (http://www.sos.state.ms.us/elections/2007/index.asp)

2006 Elections (http://www.sos.state.ms.us/elections/2006/)

2005 Elections (http://www.sos.state.ms.us/elections/2005/)

2004 Elections (/elections-voting/2004-election-results)

2003 Elections (/elections-voting/2003-election-results)

2024 Mississippi Secretary of State. All rights reserved.



Employment (/index.php/about-us/employment-opportunities)

Online Services Directory (/index.php/online-services-directory)

Fees & Forms Directory (/index.php/business-services/fees-forms-directory)

Public Records Request (https://lobbying.sos.ms.gov/elec/portal/c/ExecuteWorkflow.aspx?workflowid=g1fd59c0c-4a5d-4f30-881d-da033b6cf084)

How Do I...? (/index.php/how-do-i)

Links (/index.php/links)

Disclaimer (/index.php/disclaimer)



(https://www.facebook.com/MississippiSOS) (https://twitter.com/MississippiSOS) (https://www.instagram.com/mississippi_sos/) (https://www.youtube.com/channel/UC9J9PEfgCj4ljWXjutV)