UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION GULFPORT

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,<br><br>　　　Defendants,<br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE OF RETIRED AMERICANS,<br><br>　　　Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM (Lead Case)<br><br>**REPUBLICAN PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, *et al.*,<br><br>　　　Defendants. | No. 1:24-cv-00037-LG-RPM (Consolidated Case) |

Plaintiffs in case No. 1:24-cv-25—the Republican National Committee, the Mississippi Republican Party, James Perry, and Matthew Lamb—move for summary judgment under Federal Rule of Civil Procedure 56. Plaintiffs seek summary judgment on all claims in their complaint and a permanent injunction prohibiting Defendants from counting mail-in ballots received after election day. In support of their motion, Plaintiffs attach the declarations of Ashley Walukevich (attached as Exh. A), Frank Bordeaux (attached as Exh. B), James Perry (attached as Exh. C), and Matthew Lamb (attached as Exh. D). For the reasons explained in the memorandum accompanying this motion, Mississippi Code §23-15-637(1)(a) violates federal law, and the Court should enter judgment in favor of Plaintiffs on each count in the complaint.

Dated: March 26, 2024

Thomas R. McCarthy*
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
conor@consovoymccarthy.com

*pending *pro hac vice* admission

Respectfully submitted,

*s/ Spencer M. Ritchie*

Spencer M. Ritchie (MSB #103636)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
(601) 960-3172
spencer.ritchie@formanwatkins.com

*Counsel for Plaintiffs in Case No. 1:24-cv-25*

## **CERTIFICATE OF SERVICE**

      I certify that on March 26, 2024, the foregoing document was filed on the Court's CM/ECF system, which notifies all counsel of record.

                                                *s/ Spencer M. Ritchie*

                                                Spencer M. Ritchie
                                                *Counsel for Plaintiffs in Case No. 1:24-cv-25*