# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION GULFPORT

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,<br><br>　　　　Defendants,<br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE OF RETIRED AMERICANS,<br><br>　　　　Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM (Lead Case)<br><br>**DECLARATION OF FRANK BORDEAUX** |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, et al.*,<br><br>　　　　Defendants. | No. 1:24-cv-00037-LG-RPM (Consolidated Case) |

I, Frank Bordeaux, declare:

1. I am the current Chairman of the Mississippi Republican Party (MSGOP). I am over the age of eighteen and I have personal knowledge of the following facts. If called as a witness, I could and would competently testify thereto.

2. I am a resident of Gulfport, Mississippi and am a registered Mississippi voter. I plan to vote in the November 2024 general election.

3. The MSGOP is a plaintiff in this case and a political party in Mississippi with its principal place of business at 415 Yazoo Street, Jackson, Mississippi 39201. The MSGOP and its members exercise their federal and state constitutional rights of speech, assembly, petition, and association to develop statewide political organization, promote the Republican Party platform, and secure the election of all duly nominated Republican candidates.

4. The MSGOP works to elect Republican candidates to federal, state, and local office in Mississippi. In November 2024, its candidates will appear on the ballot in Mississippi for election to the Presidency, U.S. Senate, and U.S. House of Representatives.

5. The MSGOP has vital interests in protecting the ability of Republican voters to cast, and Republican candidates to receive, effective votes in Mississippi elections and elsewhere. The MSGOP brings this suit to vindicate its own rights in this regard, and in a representational capacity to vindicate the rights of its members, affiliated voters, and candidates.

6. Federal law provides for Election Day to take place on the Tuesday after the first Monday in November, which for the upcoming general election will be November 5, 2024.

7. The MSGOP will support multiple Republican candidates who will be up for election or reelection in Mississippi during the November election.

8.   Mississippi's mail-in ballot deadline violates federal law by accepting and counting mail-in ballots received up to five business days after Election Day, which for the upcoming general election will be November 12.

9.   Mississippi's unlawful mail-in ballot deadline harms the MSGOP's interests.

10.   The MSGOP spends resources, including hiring campaign staff in Mississippi, recruiting volunteers, and encouraging Mississippians to vote for Republican candidates. The MSGOP spends significant sums of money in Mississippi to further those interests.

11.   Mississippi's mail-in deadline forces the MSGOP to divert resources and spend money on absentee-specific programs and post-election activities. The mail-in deadline effectively forces the MSGOP to run Election Day activities for an additional week after the national Election Day has passed.

12.   For example, poll watchers are a critical part of the MSGOP's Election Day strategy and expenses. The MSGOP recruits poll watchers to observe voting and the counting of ballots on Election Day. Poll watchers are also needed to observe counting mail-in ballots on Election Day and the five business days after Election Day.

13.   Poll watchers play a crucial role in spotting and resolving problems with mail-in-voting. Many late-arriving ballots have discrepancies that need to be resolved before the ballot can be counted, such as insufficient information, missing witness signatures, affidavits, dates, or postmarks.

14.   Spotting and resolving these discrepancies take time and divert volunteer and staff resources from the MSGOP. The MSGOP and its volunteers must continually monitor this process and evaluate whether to object to the counting of deficient ballots. All of this costs the MSGOP time, money, and resources.

15.   Late-arriving, deficient ballots exacerbate the MSGOP's expenses.

16. If Mississippi did not count post-election-day ballots, the MSGOP would spend those resources on other activities, or not spend them at all.

17. The MSGOP also engages in ballot "chase" programs in which it contacts voters, educates them about the mail-in voting process, informs them of key deadlines and rules, reminds them to return their mail-in ballots in a timely manner, and encourages them to cure any defects as permitted by state law. The voter education component is particularly labor intensive.

18. Because Mississippi holds voting open an additional week, the MSGOP must keep its ballot chase program active at least seven days longer than it would if Mississippi complied with federal law.

19. Because Mississippi's mail-in ballot deadline violates federal law, it results in an inaccurate tally of the lawfully cast votes. That inaccurate vote tally undermines the Republican candidates' rights to a fair and accurate electoral count, and it undermines confidence in the election.

20. Because the MSGOP's resources are finite, it can expend resources to respond to Mississippi's mail-in ballot deadline only by diverting them from the pursuit of its mission in other areas.

21. By counting untimely votes and those received in violation of the federal Election Day deadline, Mississippi dilutes the weight of timely, valid votes, including my own vote and those of the MSGOP's candidates and members.

22. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: March 25, 2024.