# EXHIBIT C

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION GULFPORT

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB,<br><br>    Plaintiffs,<br><br>v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,<br><br>    Defendants,<br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE OF RETIRED AMERICANS,<br><br>    Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM<br>(Lead Case)<br><br>**DECLARATION OF JAMES PERRY** |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, et al.*,<br><br>    Defendants. | No. 1:24-cv-00037-LG-RPM<br>(Consolidated Case) |

I, James Perry, declare:

1. I am over the age of eighteen and I have personal knowledge of the following facts. If called as a witness, I could and would competently testify thereto.

2. I am a resident of Hinds County, Mississippi, and a registered Mississippi voter. I plan to vote in the November 2024 general election.

3. I am the former chairman of the Hinds County Republican Party, a member and the Secretary of the Mississippi Republican Party State Central Committee, and a member of the Hinds County Republican Executive Committee, which is responsible for conducting the Republican primary election in Hinds County.

4. I am a plaintiff in this case to vindicate my rights as a Mississippi voter and to represent the interests of Mississippi Republicans.

5. Federal law provides for Election Day to take place on the Tuesday after the first Monday in November, which for the upcoming general election will be November 5, 2024.

6. Mississippi's mail-in ballot deadline violates federal law, which causes an inaccurate tally of the lawfully cast votes. That inaccurate tally undermines my right to a fair and accurate electoral count, and it undermines my confidence in the election.

7. By accepting mail-in ballots after election day, Mississippi's post-election deadline forces me to devote more of my time ensuring that the Mississippi Republican Party has the resources and people necessary to chase ballots and allocate poll watchers.

8. By counting untimely votes and those received in violation of the federal Election Day deadline, Mississippi dilutes the weight of timely, valid votes, including my own vote.

9. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: March 25, 2024.                               */s/ James Perry*

2