Christopher J. Merken, Esq.

Bar and Court Admissions

| **Bar Admissions** | |
|---|---|
| Pennsylvania | 04/19/2021 |
| New York | 06/28/2021 |
| Washington D.C. | 12/24/2020 |
| **Court Admissions** | |
| United States Court of Appeals for the First Circuit | 04/20/2022 |
| United States Court of Appeals for the Second Circuit | 08/17/2022 |
| United States Court of Appeals for the Third Circuit | 03/30/2022 |
| United States Court of Appeals for the Fourth Circuit | 08/08/2022 |
| United States Court of Appeals for the Fifth Circuit | 01/20/2022 |
| United States Court of Appeals for the Sixth Circuit | 01/20/2022 |
| United States Court of Appeals for the Seventh Circuit | 02/03/2023 |
| United States Court of Appeals for the Ninth Circuit | 01/19/2022 |
| United States Court of Appeals for the Tenth Circuit | 04/19/2022 |
| United States Court of Appeals for the Eleventh Circuit | 04/08/2021 |
| United States Court of Appeals for the District of Columbia Circuit | 03/09/2022 |
| United States District Court for the District of Columbia | 02/07/2022 |
| United States District Court for the Southern District of New York | 04/21/2022 |
| United States District Court for the Eastern District of New York | 10/20/2022 |
| United States District Court for the Western District of Pennsylvania | 11/29/2021 |
| United States District Court for the Middle District of Pennsylvania | 11/29/2021 |
| United States District Court for the Eastern District of Pennsylvania | 11/19/2021 |
| United States Tax Court | 01/20/2022 |

Exhibit C