# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION GULFPORT

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB,<br><br>    Plaintiffs,<br><br>    v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,<br><br>    Defendants,<br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE OF RETIRED AMERICANS,<br><br>    Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM (Lead Case)<br><br>**DECLARATION OF JAMES BLAIR** |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, *et al.*,<br><br>    Defendants. | No. 1:24-cv-00037-LG-RPM (Consolidated Case) |

I, James Blair, declare:

1. I am the Political Director of the Republican National Committee (RNC). I am over the age of eighteen and I have personal knowledge of the following facts. If called as a witness, I could and would competently testify thereto.

2. I am submitting this declaration to clarify the interests of the RNC in this case and the injuries the RNC, its members, and its candidates suffer as a result of Mississippi counting late-arriving absentee ballots.

3. The RNC has interests in preventing Mississippi's unlawful mail-in ballot deadlines. Counting ballots that arrive after election day forces the RNC to spend more money on ballot-chase programs and poll-watching activities after election day.

4. The RNC provides periodic funds to the Mississippi Republican Party and other state parties for a variety of mission-critical activities, including get-out-the-vote efforts and election integrity efforts.

5. Specifically, Mississippi's post-election deadline for the receipt of mail-in ballots requires the RNC to divert more resources toward a longer period of ballot chasing. Absentee-ballot chasing requires establishing and executing a separate, parallel get-out-the-vote effort supported by training, voter education, and voter outreach. Those activities require the RNC to divert resources away from traditional get-out-the-vote operations such as encouraging and assisting people vote in person. But for Mississippi's post-election receipt of mail-in ballots, the RNC would spend more money on traditional get-out-the-vote operations.

6. Traditional get-out-the-vote operations are critical to the RNC's mission to represent the interests of the Republican Party and secure the election of Republican candidates for federal office across the country. By causing the RNC to divert resources away from those efforts in Mississippi and other States, Mississippi's post-election receipt of mail-in ballots directly harms the RNC's mission.

7. In addition, Mississippi's post-election deadline for the receipt of mail-in ballots requires the RNC to divert more resources for additional poll-watcher coverage. Additional poll-watcher coverage requires training for post-election-day observation, challenges, preparation of relevant materials, payment to attorneys for review, and securing additional volunteer time. The RNC must divert resources for these activities away from other election integrity efforts to educate voters, monitor state and local compliance with election laws, and increase confidence in the election.

8. Election integrity efforts are critical to the RNC's mission to represent the interests of the Republican Party and secure the election of Republican candidates for federal office across the country. By causing the RNC to divert resources away from those efforts in Mississippi and other States, Mississippi's post-election receipt of mail-in ballots directly harms the RNC's mission.

9. The RNC represents multiple Republican candidates who will appear on the ballot for the November 2024 general election.

10. Former President Donald Trump is the presumptive Republican nominee based on the number of delegates he has secured through the Republican presidential primaries. The Republican Party will formally select its presidential nominee at the Republican National Convention in Milwaukee, Wisconsin, which will take place from July 15 to July 18, 2024.

11. Senator Roger Wicker is running for reelection as the Republican candidate to the United States Senate.

12. Representative Trent Kelly is the Republican candidate to represent Mississippi's 1st Congressional District in the United States House of Representatives.

13. Ronald Eller is the Republican candidate to represent Mississippi's 2nd Congressional District in the United States House of Representatives

14. Representative Michael Guest is the Republican candidate to represent Mississippi's 3rd Congressional District in the United States House of Representatives.

15. Representative Mike Ezell is the Republican candidate to represent Mississippi's 4th Congressional District in the United States House of Representatives.

16. Each one of these candidates and their electoral prospects are harmed by Mississippi's law permitting the counting of ballots received after election day.

17. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: April 9, 2024                                  _M. James Klur_____