# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION GULFPORT

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB,<br><br>       Plaintiffs,<br><br>   v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi,*<br><br>       Defendants,<br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE OF RETIRED AMERICANS,<br><br>       Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM (Lead Case)<br><br>**SUPPLEMENTAL DECLARATION OF FRANK BORDEAUX** |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>       Plaintiff,<br><br>   v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, et al.,*<br><br>       Defendants. | No. 1:24-cv-00037-LG-RPM (Consolidated Case) |

I, Frank Bordeaux, declare:

1.     I am the current Chairman of the Mississippi Republican Party (MSGOP). I am over the age of eighteen and I have personal knowledge of the following facts. If called as a witness, I could and would competently testify thereto.

2.     I am submitting this declaration to clarify the interests of the MSGOP in this case and the injuries the MSGOP, its members, and its candidates suffer as a result of Mississippi counting late-arriving absentee ballots.

3.     The MSGOP has interests in preventing Mississippi's unlawful mail-in ballot deadlines. Counting ballots that arrive after election day forces the MSGOP to spend more money on ballot-chase programs and poll-watching activities long after election day.

4.     The MSGOP can afford to expend resources on ballot-chase programs and poll-watching activities in response to Mississippi's mail-in ballot deadline only by diverting them from the pursuit of its mission in other areas.

5.     Specifically, Mississippi's absentee-ballot deadline is causing the MSGOP to divert resources from its efforts to facilitate voter registration, increase in-person turnout, promote and secure election integrity, and to educate voters, among other activities. These activities are critical to the MSGOP's mission to represent the interests of the Republican Party and secure the election of Republican candidates for state and federal office in Mississippi.

6.     If not for Mississippi's late-ballot-receipt deadline, the MSGOP would spend more money registering Republican voters, which is critical to its mission to elect Republican candidates to state and federal office.

7.     If not for Mississippi's late-ballot-receipt deadline, the MSGOP would spend more money on increasing in-person voter turnout in Mississippi, which facilitates its mission to elect Republican candidates to state and federal office.

8.     If not for Mississippi's late-ballot-receipt deadline, the MSGOP would spend more money on election integrity and voter education efforts in Mississippi, which facilitates its mission to increase voter confidence in the election, represent the interests of the Republican Party, and to elect Republican candidates to state and federal office.

9.     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: April 8, 2024.

3