**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, et al., <br><br>    Defendants, <br><br>and <br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS, <br><br>    Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM |

*consolidated with*

| | |
|---|---|
| LIBERTARIAN PARTY OF MISSISSIPPI, <br><br>    Plaintiff, <br><br>v. <br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; et al., <br><br>    Defendants, <br><br>and <br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS, <br><br>    Intervenor-Defendants. | No. 1:24-cv-00037-LG-RPM |

# INTERVENOR-DEFENDANTS VET VOICE FOUNDATION AND MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS' RESPONSE TO THE LIBERTARIAN PARTY'S MOTION FOR SUMMARY JUDGMENT

Intervenor-Defendants Vet Voice Foundation ("Vet Voice") and the Mississippi Alliance for Retired Americans (the "Alliance") (together, "Intervenors") hereby respond to the Libertarian Party's Motion for Summary Judgment (ECF No. 55). Intervenors oppose the Libertarian Party's Motion for Summary Judgment for the reasons set forth in Intervenors' Consolidated Memorandum Brief in Response to Plaintiffs' Motions for Summary Judgment, filed concurrently herewith. This Response is also supported by the Declaration of Elisabeth C. Frost (attached as Ex. A, also filed as Ex. A to Intervenors' Response to the RNC Plaintiffs' Motion for Summary Judgment) and Intervenors' Response to the Libertarian Party's Statement of Material Facts (attached as Ex. B).

WHEREFORE, Intervenors respectfully request that this Court enter an order denying the Libertarian Party's Motion for Summary Judgment.

| | |
|---|---|
| Dated: April 9, 2024 | Respectfully submitted, |
| /s/ Elisabeth C. Frost | /s/ Robert B. McDuff |
| Elisabeth C. Frost* (DC Bar # 1007632) | Robert B. McDuff (MS Bar # 2532) |
| Christopher D. Dodge* (DC Bar # 90011587) | Paloma Wu (MS Bar # 105464) |
| Michael B. Jones* (DC Bar # 252745) | **MISSISSIPPI CENTER FOR JUSTICE** |
| Richard A. Medina* (DC Bar # 90003752) | 210 E. Capitol Street |
| Tina Meng Morrison* (DC Bar # 1741090) | Suite 1800 |
| **ELIAS LAW GROUP, LLP** | Jackson, MS 39201 |
| 250 Massachusetts Ave NW | Phone: (601) 259-8484 |
| Suite 400 | Fax: (601) 352-4769 |
| Washington, DC 20001 | rmcduff@mscenterforjustice.org |
| Phone: 202-968-4490 | pwu@mscenterforjustice.org |
| efrost@elias.law | |
| cdodge@elias.law | |
| mjones@elias.law | *Counsel for Intervenor-Defendants Vet Voice* |
| rmedina@elias.law | *Foundation and Mississippi Alliance for* |
| tmengmorrison@elias.law | *Retired Americans* |

*Admitted *pro hac vice*

1