**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, et al., <br><br> Defendants, <br><br> and <br><br> VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS, <br><br> Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM |

*consolidated with*

| | |
|---|---|
| LIBERTARIAN PARTY OF MISSISSIPPI, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; et al., <br><br> Defendants, <br><br> and <br><br> VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS, <br><br> Intervenor-Defendants. | No. 1:24-cv-00037-LG-RPM |

# INTERVENOR-DEFENDANTS VET VOICE FOUNDATION AND MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS' RESPONSE TO THE RNC PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Intervenor-Defendants Vet Voice Foundation ("Vet Voice") and the Mississippi Alliance for Retired Americans (the "Alliance") (together, "Intervenors") hereby respond to the RNC Plaintiffs' Motion for Summary Judgment (ECF No. 58). Intervenors oppose the RNC Plaintiffs' Motion for Summary Judgment for the reasons set forth in Intervenors' Consolidated Memorandum Brief in Response to Plaintiffs' Motions for Summary Judgment, filed concurrently herewith. This Response is also supported by the Declaration of Elisabeth C. Frost (attached as Ex. A, also filed as Ex. A to Intervenors' Response to the Libertarian Party's Motion for Summary Judgment).

WHEREFORE, Intervenors respectfully request that this Court enter an order denying the RNC Plaintiffs' Motion for Summary Judgment.

Dated: April 9, 2024

Respectfully submitted,

/s/ Elisabeth C. Frost
Elisabeth C. Frost* (DC Bar # 1007632)
Christopher D. Dodge* (DC Bar # 90011587)
Michael B. Jones* (DC Bar # 252745)
Richard A. Medina* (DC Bar # 90003752)
Tina Meng Morrison* (DC Bar # 1741090)
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: 202-968-4490
efrost@elias.law
cdodge@elias.law
mjones@elias.law
rmedina@elias.law
tmengmorrison@elias.law

*Admitted *pro hac vice*

/s/ Robert B. McDuff
Robert B. McDuff (MS Bar # 2532)
Paloma Wu (MS Bar # 105464)
**MISSISSIPPI CENTER FOR JUSTICE**
210 E. Capitol Street
Suite 1800
Jackson, MS 39201
Phone: (601) 259-8484
Fax: (601) 352-4769
rmcduff@mscenterforjustice.org
pwu@mscenterforjustice.org

*Counsel for Intervenor-Defendants Vet Voice Foundation and Mississippi Alliance for Retired Americans*