IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JUSTIN WETZEL, et al.,<br><br>　　　　　　Defendants. | No. 1:24-cv-25-LG-RPM<br>(lead case) |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JUSTIN WETZEL, et al.,<br><br>　　　　　　Defendants. | No. 1:24-cv-37-LG-RPM<br>(consolidated) |

**PLAINTIFF LIBERTARIAN PARTY OF MISSISSIPPI'S COMBINED
OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT FILED
<u>BY ORIGINAL DEFENDANTS AND INTERVENOR DEFENDANTS</u>**

　　　　Plaintiff Libertarian Party of Mississippi ("Plaintiff" or "Party"), through counsel, submits this Combined Opposition to Motions for Summary Judgment Filed by Original Defendants and Intervenor Defendants. ECF 53 and 54; ECF 61 and 62. Plaintiff respectfully submits both of the referenced motions should be denied for the reasons set forth in the Memorandum in Support of Its Combined Opposition to Motions for Summary Judgment Filed by Original Defendants and Intervenor Defendants, which was filed contemporaneously with this opposition.

Plaintiff submits the following exhibits in support of the arguments presented in the Memorandum in Support:

<u>Exhibit</u>

No. 1 –   Second Declaration of Vicky Hanson, former Secretary of the Libertarian Party of Mississippi.

No. 2 –   "Amended Certification of Vote for Electors for President and Vice President" Official 2020 General Election Results," Mississippi Secretary of State's Office

April 9, 2024

_s/ Russ Nobile_
T. Russell Nobile (MS Bar 100682)
JUDICIAL WATCH, INC.
Post Office Box 6592
Gulfport, Mississippi 39506
Phone: (202) 527-9866
Rnobile@judicialwatch.org

Robert D. Popper*
Eric W. Lee*
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
Rpopper@judicialwatch.org
elee@judicialwatch.org

*_Application for admission pro hac vice forthcoming_