# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN WETZEL, et al., <br><br> Defendants. | No. 1:24-cv-25-LG-RPM <br> (lead case) |
| LIBERTARIAN PARTY OF MISSISSIPPI, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN WETZEL, et al., <br><br> Defendants. | No. 1:24-cv-37-LG-RPM <br> (consolidated) |

## SECOND DECLARATION OF VICKY HANSON

I, Vicky Hanson, declare as follows:

1. I am a resident of West Point, Mississippi.

2. A declaration of mine dated March 26, 2024 was previously filed in these proceedings. ECF 55-3. I make this declaration to supplement my previous declaration.

3. During my time serving in leadership at the Libertarian Party of Mississippi ("Party"), I spent a lot of time working to get others to volunteer and determining the best way to use these volunteer resources. From this experience, I found that volunteers will only give you so

much volunteer time. Their time is limited and there are only so many hours that any individual can offer as a volunteer. Volunteering for many of our members costs them money. What I find is that, for most volunteers, an increase in the number of tasks the campaign has to accomplish does not lead to an increase in the volunteer hours we can expect. Most volunteers will give us a fixed quantity of hours regardless of what needs to be done.

4. Because that is so, Mississippi's Receipt Deadline adds time and duties to our campaigns and we are going to have to use the existing level of volunteer hours to try to fill them. Our other option is to drop the ball—that is, to not do—either post-election canvassing, or some other campaign related task.

5. I will try to volunteer to monitor Election Day and post-election canvassing in Mississippi during the 2024 presidential election. This will include monitoring for late-arriving ballots that are received by election officials during the five-business days following Election Day. To do this, I will have to take personal leave from my full-time job. I will try, but between my large family (8 children), full-time job, part-time job, and homeschooling, I can't volunteer as much as needed.

6. If the Party did not have to monitor the canvassing of post-election ballots, I would focus instead on: (1) recruiting, training, allocating, and placing election monitors at poll sites on Election Day that we know to be problematic, meaning those where we know voters have had trouble voting, (2) recruiting, training, allocating, and placing volunteers to challenge invalid ballots in as many counties as we can, and (3) working on getting out our vote on Election Day.

7. Because we do have to monitor the canvassing of post-election ballots, I would recommend that we also monitor activities in the evening at the central canvassing location in

whatever county they monitored during Election Day. I would recruit, train, allocate and assign volunteers to these locations.

8. I have a lot of experience in party affairs and my recommendations as to what to work on are likely to be followed.

9. To *guarantee* that any of the tasks described in this declaration actually happens, we would need money. I have spent a lot of time while in the leadership of the Party helping organize fundraising activities and member donations or contributions. I find that people are much more willing to donate money for some Party activities, but we have trouble getting some of the same donors to donate to support Election Day and post-election monitoring. Some activities, while critical to our work, are not as exciting as other activities such as hosting candidate forums, debates, etc.

10. It is this way with many of our volunteers and contributors. They will pick and choose what they want to work on, and not necessarily what we need or would like them to work on.

11. The Libertarian Party had congressional candidates in the 2016 and 2022 federal general elections.

12. The Libertarian Party had senatorial candidates in the 2018 and 2020 federal general elections.

13. The Party already has people interested in running for Congress in 2026, and I believe they will run.

14. Since 1972, the Libertarian Party has fielded presidential and vice-presidential candidates in 13 consecutive federal elections, right up through 2020.

15. The Libertarian Party will have presidential and vice-presidential candidates again in 2024.

16. The Party's slate of presidential and vice-presidential electors are members of the Party.

17. The Party's electors are typically (but not always) selected from the group of members who attend the national convention. The Chairman will typically contact people in that Party and ask them to be electors for the Libertarian Party's presidential and vice-presidential candidate.

18. I was a presidential and vice-presidential elector for the Party in 2020 and expect, with a high degree of certainty, that I will be selected to be an elector again in 2024.

19. The Libertarian Party's national convention is actually a real nominating convention, like a traditional political convention, where supporters, candidates, and delegates meet. Nationally, there are 1051 delegates, plus alternates. I have already made travel arrangements to attend the May 2024 Libertarian Party Convention, which will be in Washington, D.C. I will be a delegate there for the Party. The Party's electors in Mississippi for the selected candidate will be chosen by the Party at some point after the Libertarian Party Convention.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2024

Vicky Hanson