IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

REPUBLICAN NATIONAL COMMITTEE;
MISSISSIPPI REPUBLICAN PARTY; JAMES
PERRY; and MATTHEW LAMB                                            PLAINTIFFS

VERSUS                                         NO. 1:24-cv-00025-LG-RPM
                                        Consolidated with: NO. 1:24cv00037TBM-RPM

JUSTIN WETZEL, *in his official
capacity as the clerk and registrar of the
Circuit Court of Harrison County*; TONI
JO DIAZ, BECKY PAYNE, BARBARA
KIMBALL, CHRISTENE BRICE, and
CAROLYN HANDLER, *in their official
capacities as members of the Harrison
County Election Commission*; and
MICHAEL WATSON, *in his official
Capacity as the Secretary of State of
Mississippi*                                                         DEFENDANTS

RESPONSE IN OPPOISITION TO REPUBLICAN PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT (DKT#58)

Comes now the Defendants, JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County and TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, in their official capacities as members of the Harrison County Election Commission ("Defendants"), by and through their counsel of record, Tim C. Holleman, Boyce Holleman & Associates, and files this, RESPONSE IN OPPOISITION TO REPUBLICAN PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DKT#58) and, in support thereof, would show unto this Honorable Court the following, to-wit:

I.

These Defendants files this Response in opposition to the Republican Plaintiff's Motion for summary judgment on the Complaints filed herein against them.

II.

In support hereof these Defendants adopt by reference the RESPONSE IN OPPOISITION TO REPUBLICAN PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DKT#73) filed by Defendant, Michael Watson, Mississippi Secretary of State pursuant to Rule 10(c) of the Federal Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, these Defendants state the REPUBLICAN PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DKT#58) should be denied.

RESPECTFULLY SUBMITTED, this, the 10th day of April, 2024.

> JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, DEFENDANT
>
> TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, in their official capacities as members of the Harrison County Election Commission, DEFENDANTS
>
> BY AND THROUGH THEIR COUNSEL OF RECORD
>
> BOYCE HOLLEMAN AND ASSOCIATES
>
> By: /s/ Tim C. Holleman

## CERTIFICATE OF SERVICE

I, Tim C. Holleman, Boyce Holleman & Associates, do hereby certify that I have this date filed a copy of the above document with the Court's electronic filing system, which sent a notice to all counsel of record.

This the 10th day of April, 2024

By: /s/ Tim C. Holleman

Tim C. Holleman (Ms Bar #2526)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS 39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
Email: tim@boyceholleman.com