# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, et al., <br><br> Defendants, <br><br> and <br><br> VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS, <br><br> Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM |

*consolidated with*

| | |
|---|---|
| LIBERTARIAN PARTY OF MISSISSIPPI, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; et al., <br><br> Defendants, <br><br> and <br><br> VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS, <br><br> Intervenor-Defendants. | No. 1:24-cv-00037-LG-RPM |

**INTERVENOR-DEFENDANTS' UNOPPOSED MOTION TO INCREASE THE PAGE LIMIT FOR THEIR REBUTTAL MEMORANDUM BRIEF**

Intervenor-Defendants Vet Voice Foundation ("Vet Voice") and the Mississippi Alliance for Retired Americans ("Alliance") (together, "Intervenors") file this motion to increase the page limit for their rebuttal memorandum brief in support of their Motion for Summary Judgment from six pages to ten pages. No party opposes such relief.

Intervenors state the following in support of this motion:

1. The above-captioned cases have been consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a)(2). ECF No. 35.

2. On March 26, 2024, Intervenors filed a Motion for Summary Judgment, ECF No. 61, seeking dismissal of all claims in both consolidated cases, as well as a single Memorandum Brief in Support, ECF No. 62.

3. On April 9, Plaintiffs in the two consolidated cases each filed a memorandum in response to Intervenors' Motion for Summary Judgment. ECF No. 75; ECF No. 80.

4. Intervenors' Memorandum Brief in Support of their Motion for Summary Judgment was twenty-nine pages long, ECF No. 62, leaving six pages for Intervenors' rebuttal memorandum brief. *See* L.R. 7(b)(5).

5. To allow Intervenors to adequately respond to the arguments made in each of the two responses to their Motion, Intervenors seek permission to file a rebuttal memorandum brief no longer than ten pages.

6. No party opposes Intervenors' request for additional pages.

Dated: April 15, 2024                                         Respectfully submitted,

/s/ Elisabeth C. Frost                                        /s/ Robert B. McDuff
Elisabeth C. Frost* (DC Bar # 1007632)                        Robert B. McDuff (MS Bar # 2532)
Christopher D. Dodge* (DC Bar # 90011587)                     Paloma Wu (MS Bar # 105464)
Michael B. Jones* (DC Bar # 252745)                           **MISSISSIPPI CENTER FOR JUSTICE**
Richard A. Medina* (DC Bar # 90003752                         210 E. Capitol Street

1

Tina Meng Morrison* (DC Bar # 1741090)
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: 202-968-4490
efrost@elias.law
cdodge@elias.law
mjones@elias.law
rmedina@elias.law
tmengmorrison@elias.law

*Admitted *pro hac vice*

Suite 1800
Jackson, MS 39201
Phone: (601) 259-8484
Fax: (601) 352-4769
rmcduff@mscenterforjustice.org
pwu@mscenterforjustice.org


*Counsel for Intervenor-Defendants Vet Voice Foundation and Mississippi Alliance for Retired Americans*

2

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Intervenor-Defendants' Motion to Increase the Page Limit for their Rebuttal Memorandum Brief has been filed with the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

Dated: April 15, 2024                  /s/ *Robert B. McDuff*
                                              Robert B. McDuff
                                              *Counsel for Intervenor-Defendants Vet Voice*
                                              *Foundation and the Mississippi Alliance for*
                                              *Retired Americans*