## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, et al.,<br><br>    Defendants,<br><br>  and<br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS,<br><br>    Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM |

*consolidated with*

| | |
|---|---|
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>    Plaintiff,<br><br>  v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; et al.,<br><br>    Defendants,<br><br>  and<br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS,<br><br>    Intervenor-Defendants. | No. 1:24-cv-00037-LG-RPM |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.1(b)(3), Elias Law Group LLP and Mississippi Center for Justice, counsel of record for Vet Voice Foundation ("Vet Voice") and the Mississippi Alliance for Retired Americans ("Alliance") (together, "Intervenors"), respectfully move this Court for permission to withdraw Attorney Michael B. Jones as legal counsel for Intervenors in the above-referenced consolidated action, showing the Court as follows:

1. Attorney Michael B. Jones was admitted *pro hac vice* on behalf of Intervenors on March 5, 2024. ECF No. 39.

2. Attorney Michael B. Jones is no longer employed by Elias Law Group LLP.

3. Accordingly, Elias Law Group LLP wishes to withdraw Attorney Michael B. Jones as counsel of record for Plaintiffs.

4. Intervenors have other counsel of record in this case, namely Elisabeth C. Frost, Christopher D. Dodge, Richard A. Medina, and Tina Meng Morrison of Elias Law Group LLP, and resident attorney Robert B. McDuff, Bar No. 2532, of the Mississippi Center for Justice.

5. The requested withdrawals will not delay trial, discovery or any other aspect of this litigation, and will not have an adverse effect on the interests of Plaintiffs.

6. A proposed order is provided for the Court's consideration. WHEREFORE, having brought forth this Motion to Withdraw as Counsel, and having set forth good cause for same, the undersigned counsel of Elias Law Group LLP respectfully request that this Court enter an Order allowing Attorney Michael B. Jones to withdraw as counsel for Intervenors.

Dated: May 2, 2024

*/s/ Elisabeth C. Frost*
Elisabeth C. Frost* (DC Bar # 1007632)
Christopher D. Dodge* (DC Bar # 90011587)
Michael B. Jones* (DC Bar # 252745)
Richard A. Medina* (DC Bar # 90003752
Tina Meng Morrison* (DC Bar # 1741090)
**ELIAS LAW GROUP, LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: 202-968-4490
efrost@elias.law
cdodge@elias.law
mjones@elias.law
rmedina@elias.law
tmengmorrison@elias.law

*Admitted pro hac vice

Respectfully submitted,

*/s/ Robert B. McDuff*
Robert B. McDuff (MS Bar # 2532)
Paloma Wu (MS Bar # 105464)
**MISSISSIPPI CENTER FOR JUSTICE**
210 E. Capitol Street
Suite 1800
Jackson, MS 39201
Phone: (601) 259-8484
Fax: (601) 352-4769
rmcduff@mscenterforjustice.org
pwu@mscenterforjustice.org

*Counsel for Intervenor-Defendants Vet Voice Foundation and Mississippi Alliance for Retired Americans*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Withdraw as Counsel has been filed with the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

Dated: May 2, 2024                                            */s/ Robert B. McDuff*
                                                              Robert B. McDuff
                                                              *Counsel for Intervenor-Defendants Vet Voice Foundation and the Mississippi Alliance for Retired Americans*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, et al., <br><br> Defendants, <br><br> and <br><br> VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS, <br><br> Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM |

*consolidated with*

| | |
|---|---|
| LIBERTARIAN PARTY OF MISSISSIPPI, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; et al., <br><br> Defendants, <br><br> and <br><br> VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS, <br><br> Intervenor-Defendants. | No. 1:24-cv-00037-LG-RPM |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is the Motion to Withdraw Michael B. Jones as Counsel of Record for Vet Voice Foundation ("Vet Voice") and the Mississippi Alliance for Retired Americans ("Alliance") (together, "Intervenors"). The Clerk is DIRECTED to remove Michael B. Jones as counsel of record for Intervenors Vet Voice and Alliance and remove his name from all service lists in this case.


SO ORDERED this _____ day of _____, 2024.

                                                                                                           _____
                                                                                                           ROBERT P. MYERS, JR.
                                                                                                           UNITED STATES MAGISTRATE JUDGE