UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:24-CV-25-LG-RPM |
| JUSTIN WETZEL et al | DEFENDANTS |

## ORDER TO SHOW CAUSE

This matter is before the Court on the motions for pro hac vice admission filed by Intervenor Defendants Disability Rights Mississippi and League of Women Voters of Mississippi on behalf of attorneys Sophia Lin Lakin, Jacob van Leer, David Rosborough, Angela Liu, Christopher Merken, Julia Markham-Cameron, and Neil Steiner. Rule 83.1(d)(7)(E) of the Local Rules provides that a PHV application "ordinarily should be granted unless the court finds reasons to believe that: … the applicant had, before application, filed or appeared in the federal court without having secured approval under these rules." The names of the applicants for admission appear on the amicus brief filed by Intervenor Defendants on March 26, 2024, albeit with the notation "Application for admission *pro hac vice* forthcoming or pending." Doc. [50]. The subject pleading was signed and filed by a Mississippi-licensed attorney admitted to practice before this Court.

By including their names on the pleading in question, the applicants appear to have violated the Court's Local Rules regarding PHV admissions. *See Clayton v. City of Oxford, Miss.*, No. 3:21-cv-174-GHD-JMV, 2021 WL 4699182 (N.D.Miss. Oct. 7, 2021); *Reech v. Sullivan*, No. 3:18-cv-35-HSO-LRA, 2018 WL1698303 (S.D. Miss. Apr. 5, 2018); *Isom v. Valley Forge Ins. Co.*, No. 2:16-cv-109-KS-MTP, 2016 WL 4183315 (S.D.Miss. Aug. 5, 2016). In other words, by including their names, the attorneys "appeared in federal court" prior to

securing PHV admission in violation of L.U.Civ.R. 83.1(d)(7)(E).  *See In re Williamson*, 838 So.2d 226, 235 (Miss. 2002) ("In the future, attorneys are hereby noticed and cautioned that a foreign attorney will be deemed to have made an appearance in a Mississippi lawsuit if the foreign attorney signs the pleadings or allows his or her name to be listed on the pleadings.").

Based on the foregoing, local counsel for Intervenor Defendants is directed to show cause:  (1) why he should not be sanctioned for allowing a non-Mississippi attorneys to include their names on pleadings prior to obtaining PHV admission; and (2) why applicants' PHV motions should not be denied for failing to comply with Mississippi law regarding unauthorized practice of law and for violating L.U.Civ.R. 83.1(d)(7)(E).  A response to this show cause order is due on or before **May 23, 2024**.

SO ORDERED AND ADJUDGED, this the 9th day of May 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE