IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>JUSTIN WETZEL, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-25-LG-RPM<br>(lead case) |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>　　　　　Plaintiff,<br>　v.<br>JUSTIN WETZEL, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-37-LG-RPM<br>(consolidated) |

## NOTICE OF WITHDRAWAL

Plaintiff Libertarian Party of Mississippi, by counsel, hereby withdraws the *pro hac vice* application of Eric W. Lee, which it previously filed in these proceedings. ECF No. 44.

May 23, 2024　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*s/ Russ Nobile*
　　　　　　　　　　　　　　　　　　　　　T. Russell Nobile (MS Bar 100682)
　　　　　　　　　　　　　　　　　　　　　JUDICIAL WATCH, INC.
　　　　　　　　　　　　　　　　　　　　　Post Office Box 6592
　　　　　　　　　　　　　　　　　　　　　Gulfport, Mississippi 39506
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 527-9866
　　　　　　　　　　　　　　　　　　　　　rnobile@judicialwatch.org