UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:24-CV-25-LG-RPM |
| JUSTIN WETZEL et al | DEFENDANTS |

## ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE

This matter is before the Court on the motions for pro hac vice admission filed by Plaintiffs Republican National Committee, Mississippi Republican Party, James Perry, and Matthew Lamb on behalf of attorneys Thomas R. McCarthy and Conor D. Woodfin.

IT IS ORDERED that the Motions to Appear Pro Hac Vice are hereby granted, and that Thomas R. McCarthy and Conor D. Woodfin shall be admitted to serve as co-counsel for Plaintiffs Republican National Committee, Mississippi Republican Party, James Perry, and Matthew Lamb. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 30th day of May 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE