UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:24-CV-25-LG-RPM |
| JUSTIN WETZEL et al | DEFENDANTS |

### ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE

This matter is before the Court on the motions for pro hac vice admission filed by Intervenor Defendants Disability Rights Mississippi and League of Women Voters of Mississippi on behalf of attorneys Sophia Lin Lakin, Jacob van Leer, David Rosborough, Angela Liu, Christopher Merken, Julia Markham-Cameron, and Neil Steiner.

IT IS ORDERED that the Motions to Appear Pro Hac Vice are hereby granted, and that Sophia Lin Lakin, Jacob van Leer, David Rosborough, Angela Liu, Christopher Merken, Julia Markham-Cameron, and Neil Steiner shall be admitted to serve as co-counsel for Intervenor Defendants Disability Rights Mississippi and League of Women Voters of Mississippi. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 30th day of May 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE