IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB** | **PLAINTIFFS** |
| v. | CAUSE NO. 1:24cv25-LG-RPM |
| **JUSTIN WETZEL, in his official capacity as the clerk and register of the Circuit Court of Harrison County, et al.** | **DEFENDANTS** |

*consolidated with*

| | |
|---|---|
| **LIBERTARIAN PARTY OF MISSISSIPPI** | **PLAINTIFF** |
| v. | CAUSE NO. 1:24cv37-LG-RPM |
| **JUSTIN WETZEL, in his official capacity as the clerk and register of the Circuit Court of Harrison County, et al.** | **DEFENDANTS** |

### ORDER SCHEDULING HEARING ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT

**THIS MATTER IS SET FOR HEARING** on Tuesday, July 9, 2024, at 1:30 p.m. in Courtroom 606, 2012 15th Street, Gulfport, Mississippi 39501. At that time, the Court will hear arguments from the parties concerning the following motions: the [51] Motion for Summary Judgment in Consolidated Republican Party Case filed by Secretary of State Michael Watson; the [53] Motion for Summary Judgment in Consolidated Libertarian Case filed by Secretary of State Michael Watson; the [55] Motion for Summary Judgment filed by the Libertarian Party of Mississippi;

the [58] Cross Motion for Summary Judgment filed by Matthew Lamb, Mississippi Republican Party, James Perry, and Republican National Committee; the [61] Motion for Summary Judgment Mississippi filed by Intervenor Defendants Alliance for Retired Americans and Vet Voice Foundation; the [63] Motion for Summary Judgment in the Consolidated Republican Case filed by Christene Brice, Toni Jo Diaz, Carolyn Handler, Barbara Kimball, Becky Payne, Justin Wetzel; and the [64] Motion for Summary Judgment in the Consolidated Libertarian Case filed by Christene Brice, Toni Jo Diaz, Carolyn Handler, Barbara Kimball, Becky Payne, Justin Wetzel.

Counsel for Matthew Lamb, the Mississippi Republican Party, James Perry, and the Republican National Committee will be permitted to present argument to the Court for a total of twenty minutes. Counsel for the Libertarian Party of Mississippi and counsel for Secretary of State Michael Watson will each be permitted to present argument for twenty minutes. The two intervenor defendants — Vet Voice Foundation and Mississippi Alliance for Retired Americans — have presented a joint motion to the Court. Therefore, the intervenor defendants will be allowed to present argument for a total of twenty minutes. Counsel for Christene Brice, Toni Jo Diaz, Carolyn Handler, Barbara Kimball, Becky Payne, and Justin Wetzel has notified the Court that these defendants will join in the arguments of the Mississippi Secretary of State; therefore, they do not need additional time for argument. The plaintiffs may reserve a portion of their time for rebuttal. The parties should divide topics amongst themselves in order to avoid presenting

duplicate arguments.  The Court will not hear oral argument from amici but will consider amicus curiae briefs.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the parties' [51, 53, 55, 58, 61, 63, 64] Motions for Summary Judgment are set for hearing on **Tuesday, July 9, 2024, at 1:30 p.m.** in Courtroom 606, 2012 15th Street, Gulfport, Mississippi 39501.

**SO ORDERED AND ADJUDGED** this the 5th day of June, 2024.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE