# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION GULFPORT

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB,<br><br>    Plaintiffs,<br><br>    v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,<br><br>    Defendants,<br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE OF RETIRED AMERICANS,<br><br>    Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM (Lead Case)<br><br>**NOTICE OF APPEAL** |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, *et al.*,<br><br>    Defendants. | No. 1:24-cv-00037-LG-RPM (Consolidated Case) |

The Republican National Committee, Mississippi Republican Party, James Perry, and Matthew Lamb—Plaintiffs in case No. 1:24-cv-25—provide this notice of appeal to the U.S. Court of Appeals for the Fifth Circuit from this Court's final judgment entered on July 29, 2024, dismissing the case, *see* Doc. 105.

| | |
|---|---|
| Dated: August 2, 2024 | Respectfully submitted, |
| Thomas R. McCarthy*<br>Conor D. Woodfin*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>conor@consovoymccarthy.com | *s/ Spencer M. Ritchie*<br><br>Spencer M. Ritchie (MSB #103636)<br>FORMAN WATKINS & KRUTZ LLP<br>210 East Capitol Street, Suite 2200<br>Jackson, MS 39201<br>(601) 960-3172<br>spencer.ritchie@formanwatkins.com |
| *admitted *pro hac vice* | *Counsel for Plaintiffs in*<br>*Case No. 1:24-cv-25* |

## **CERTIFICATE OF SERVICE**

I certify that on August 2, 2024, the foregoing document was filed on the Court's CM/ECF system, which notifies all counsel of record.

*s/ Spencer M. Ritchie*

Spencer M. Ritchie
*Counsel for Plaintiffs in*
*Case No. 1:24-cv-25*
