**TRANSCRIPT ORDER FORM** – READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Southern District of Mississippi       District Court Docket No. 1:24-cv-00025-LG-RPM

Short Case Title: REPUBLICAN NATIONAL COMMITTEE, ET AL. V. JUSTIN WETZEL, ET AL.

**ONLY ONE COURT REPORTER PER FORM**   Court Reporter: Sherri Penny

Date Notice of Appeal Filed by Clerk of District Court: 8/2/24       Court of Appeals No.: _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No Hearings   ☐ Transcript is unnecessary for appeal purposes   ☐ Transcript is already on file in the Clerk's Office
**OR**
**Check All of the Following that Apply, Include date of the proceeding.**
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____  ☐ Voir Dire: _____
☐ Opening Statement of Plaintiff: _____   ☐ Opening Statement of Defendant: _____
☐ Closing Argument of Plaintiff: _____    ☐ Closing Argument of Defendant: _____
☐ Opinion of court: _____   ☐ Jury Instructions: _____   ☐ Sentencing: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 7/9/24 | Summary Judgment Hearing | Hon. Louis Guirola, Jr. |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have made. Method of Payment:**
■ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment waived by reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature /s/ Conor Woodfin                                       Date Transcript Ordered 8/2/2024
Print Name Conor Woodfin                                          Phone: 703-243-9423
Counsel for Republican National Committee, Mississippi Republican Party, James Perry, Matthew Lamb (Plaintiffs in No. 1:24-cv-25)
Address 1600 Wilson Blvd., Ste. 700, Arlington, VA 22209

------

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were made | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment Arrangements have NOT been made or are incomplete.
Reason:  ☐ Deposit not received   ☐ Unable to contact ordering party   ☐ Awaiting creation of CJA 24 eVoucher
        ☐ Other (Specify) _____

Date: _____  Signature of Reporter: _____  Tel. _____
Email of Reporter: _____  Address of Reporter: _____

------

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____       Actual Number of Volumes: _____

Date: _____  Signature of Reporter: _____