# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 21, 2024
Lyle W. Cayce
Clerk

No. 24-60395

---

Republican National Committee; Mississippi Republican Party; James Perry; Matthew Lamb,

*Plaintiffs—Appellants,*

*versus*

Justin Wetzel, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; Toni Jo Diaz, *in their official capacities as members of the Harrison County Election Commission*; Becky Payne, *in their official capacities as members of the Harrison County Election Commission*; Barbara Kimball, *in their official capacities as members of the Harrison County Election Commission*; Christene Brice, *in their official capacities as members of the Harrison County Election Commission*; Carolyn Handler, *in their official capacities as members of the Harrison County Election Commission*; Michael Watson, *in his official capacity as the Secretary of State of Mississippi*,

*Defendants—Appellees,*

Vet Voice Foundation; Mississippi Alliance for Retired Americans,

No. 24-60395

Intervenor Defendants—Appellees,

_____

Libertarian Party of Mississippi,

Plaintiff—Appellant,

*versus*

Justin Wetzel, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; Toni Jo Diaz *in their official capacities as members of the Harrison County Election Commission*; Becky Payne, *in their official capacities as members of the Harrison County Election Commission*; Barbara Kimball, *in their official capacities as members of the Harrison County Election Commission*; Cristene Brice, *in their official capacities as members of the Harrison County Election Commission*; Carolyn Handler, in their official capacities as members of the Harrison County Election Commission; Michael Watson, *in his official capacity as the Secretary of State of Mississippi*,

Defendants—Appellees.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CV-25
USDC No. 1:24-CV-37

_____

2

No. 24-60395

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT