# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60395   Republican Natl Cmte v. Wetzel
                  USDC No. 1:24-CV-25
                  USDC No. 1:24-CV-37

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Ms. Ginger Anders
Mr. David Wayne Baria
Mr. Noah Bokat-Lindell
Mr. J. Kain Day
Mr. Gilbert Dickey
Mr. Christopher D. Dodge
Ms. Elisabeth C. Frost
Ms. Elizabeth Parr Hecker
Mr. Tim C. Holleman
Mr. Paul Whitfield Hughes III
Mr. Arthur S. Johnston III
Mr. Eric W. Lee
Mr. Justin Lee Matheny
Mr. Thomas McCarthy
Mr. Robert Bruce McDuff
Mr. Richard Alexander Medina
Ms. Tina Meng Morrison
Mr. Christopher J. Merken
Mr. Joseph M. Nixon
Mr. T. Russell Nobile
Mr. Spencer M. Ritchie
Mr. Davin McKay Rosborough
Mr. Rex Morris Shannon III
Mr. Scott G. Stewart
Mr. Joshua Tom
Mr. Jacob Van Leer
Ms. Caroline Van Zile

Mr. Donald B. Verrilli Jr.
Mr. Conor Woodfin
Ms. Paloma Wu