# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 24, 2025

Mr. Arthur S. Johnston III
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

    No. 24-60395    Republican Natl Cmte v. Wetzel
                        USDC No. 1:24-CV-25
                        USDC No. 1:24-CV-37

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Rebecca L. Leto*
                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

cc:    Ms. Ginger Anders
        Mr. David Wayne Baria
        Mr. Noah Bokat-Lindell
        Mr. J. Kain Day
        Mr. Gilbert Dickey
        Mr. Christopher D. Dodge
        Ms. Elisabeth C. Frost
        Ms. Elizabeth Parr Hecker
        Mr. Tim C. Holleman
        Mr. Paul Whitfield Hughes III
        Mr. Eric W. Lee
        Mr. Justin Lee Matheny
        Mr. Thomas McCarthy
        Mr. Robert Bruce McDuff
        Mr. Richard Alexander Medina
        Ms. Tina Meng Morrison
        Mr. Christopher J. Merken
        Mr. Joseph M. Nixon
        Mr. T. Russell Nobile

```
Mr. Spencer M. Ritchie
Mr. Davin McKay Rosborough
Mr. Rex Morris Shannon III
Mr. Scott G. Stewart
Mr. Joshua Tom
Mr. Jacob Van Leer
Ms. Caroline Van Zile
Mr. Donald B. Verrilli Jr.
Mr. Conor Woodfin
Ms. Paloma Wu
```