# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 24, 2025

Mr. Arthur S. Johnston III
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

    No. 24-60395    Republican Natl Cmte v. Wetzel
                       USDC No. 1:24-CV-25
                       USDC No. 1:24-CV-37

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Rebecca L. Leto, Deputy Clerk
                                      504-310-7703

cc:  Ms. Ginger Anders
     Mr. David Wayne Baria
     Mr. Noah Bokat-Lindell
     Mr. J. Kain Day
     Mr. Gilbert Dickey
     Mr. Christopher D. Dodge
     Ms. Elisabeth C. Frost
     Ms. Elizabeth Parr Hecker
     Mr. Tim C. Holleman
     Mr. Paul Whitfield Hughes III
     Mr. Eric W. Lee
     Mr. Justin Lee Matheny
     Mr. Thomas McCarthy
     Mr. Robert Bruce McDuff
     Mr. Richard Alexander Medina
     Ms. Tina Meng Morrison
     Mr. Christopher J. Merken
     Mr. Joseph M. Nixon
     Mr. T. Russell Nobile

Mr. Spencer M. Ritchie
Mr. Davin McKay Rosborough
Mr. Rex Morris Shannon III
Mr. Scott G. Stewart
Mr. Joshua Tom
Mr. Jacob Van Leer
Ms. Caroline Van Zile
Mr. Donald B. Verrilli Jr.
Mr. Conor Woodfin
Ms. Paloma Wu