**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| **REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB** | **PLAINTIFFS** |
| VS. | Civil Action No. 1:24-cv-25-LG-RPM |
| **JUSTIN WETZEL,** *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, et al. | **DEFENDANTS** |

*and*

| | |
|---|---|
| **VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS** | **INTERVENOR DEFENDANTS** |

*consolidated with*

| | |
|---|---|
| **LIBERTARIAN PARTY OF MISSISSIPPI** | **PLAINTIFF** |
| VS. | Civil Action No. 1:24-cv-37-LG-RPM |
| **JUSTIN WETZEL,** *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, et al. | **DEFENDANTS** |

**AGREED ORDER STAYING CONSOLIDATED CASES**

THESE CONSOLIDATED CAUSES having come before the Court on the *ore tenus* motion of Defendant Michael Watson, in his official capacity as Secretary of State of Mississippi ("the Secretary"), to stay further District Court proceedings pending the filing and disposition of a petition for a writ of certiorari in the United States Supreme Court and the conclusion of any Supreme Court proceedings on the merits, and the Court, finding that all parties are amenable to

the stay requested by the Secretary, and otherwise being fully advised in the premises, finds that said motion to stay is well taken and should be **GRANTED**.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Secretary's motion to stay be and the same hereby is **GRANTED**, and all District Court proceedings in the above-styled consolidated cases are hereby **STAYED** pending the filing and disposition of a petition for a writ of certiorari in the United States Supreme Court and the conclusion of any Supreme Court proceedings on the merits.

IT IS FURTHER ORDERED AND ADJUDGED that counsel for the Secretary shall provide the Court, via e-mail, with an update every 90 days (commencing with entry of this order) regarding the status of the cert petition and any Supreme Court proceedings resulting therefrom.

**SO ORDERED AND ADJUDGED** this the 18th day of April, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

AGREED TO:

s/Spencer M. Ritchie
SPENCER M. RITCHIE (MSB #103636)
ATTORNEY FOR PLAINTIFFS IN
CAUSE NO. 1:24-cv-25-LG-RPM

s/T. Russell Nobile
T. RUSSELL NOBILE (MSB #100682)
ATTORNEY FOR PLAINTIFF IN
CAUSE NO. 1:24-cv-37-LG-RPM

s/Tim C. Holleman
TIM C. HOLLEMAN (MSB #2526)
ATTORNEY FOR DEFENDANTS
JUSTIN WETZEL, TONI JO DIAZ, BECKY
PAYNE, BARBARA KIMBALL, CHRISTENE
BRICE, and CAROLYN HANDLER, in their

respective official capacities
s/Rex M. Shannon III
REX M. SHANNON III (MSB #102974)
Special Assistant Attorney General
WILSON D. MINOR (MSB #102663)
Special Assistant Attorney General
ATTORNEYS FOR DEFENDANT
MICHAEL WATSON, in his official capacity
as Secretary of State of Mississippi

s/Paloma Wu
ROBERT B. MCDUFF (MSB #2532)
PALOMA WU (MSB #105464)
ATTORNEYS FOR INTERVENOR-DEFENDANTS
VET VOICE FOUNDATION and MISSISSIPPI
ALLIANCE FOR RETIRED AMERICANS