# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 10, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U.S. COURT OF APPEALS
RECEIVED
NOV 10 2025
FIFTH CIRCUIT

Re: Michael Watson, Mississippi Secretary of State
v. Republican National Committee, et al.
No. 24-1260
(Your No. 24-60395)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

Scott S. Harris, Clerk