# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 11, 2025

Mr. Arthur S. Johnston III
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

   No. 24-60395   Republican Natl Cmte v. Wetzel
                   USDC No. 1:24-CV-25
                   USDC No. 1:24-CV-37

Dear Mr. Johnston,

Enclosed is a copy of the Supreme Court order granting certiorari.

       Sincerely,

       LYLE W. CAYCE, Clerk

       By: _____
       Angelique B. Tardie, Deputy Clerk
       504-310-7715