# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 04, 2026

Mr. Scott Harris
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

     No. 24-60395    Republican Natl Cmte v. Wetzel
                   USDC No. 1:24-CV-25
                   USDC No. 1:24-CV-37
                   Supreme Court No. 24-1260

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Eastern District of Louisiana is directed to transmit their record to the United States Supreme Court.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *Christy Combel*

          By: _____
          Christy M. Combel, Deputy Clerk
          504-310-7651

cc:
     Ms. Ginger Anders
     Mr. David Wayne Baria
     Mr. Gilbert Dickey
     Mr. Christopher D. Dodge
     Ms. Elisabeth C. Frost
     Ms. Elizabeth Parr Hecker
     Mr. Tim C. Holleman
     Mr. Paul Whitfield Hughes III
     Mr. Arthur S. Johnston III
     Mr. Eric W. Lee
     Mr. Justin Lee Matheny
     Mr. Thomas McCarthy
     Mr. Robert Bruce McDuff
     Mr. Richard Alexander Medina
     Ms. Tina Meng Morrison

Mr. Christopher J. Merken
Mr. Joseph M. Nixon
Mr. T. Russell Nobile
Ms. Sherri Penny
Mr. Spencer M. Ritchie
Mr. Davin McKay Rosborough
Mr. Rex Morris Shannon III
Mr. Scott G. Stewart
Mr. Joshua Tom
Mr. Jacob Van Leer
Ms. Caroline Van Zile
Mr. Donald B. Verrilli Jr.
Mr. Conor Woodfin
Ms. Paloma Wu