# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

***CORRECTED***  
March 05, 2026

Mr. Scott Harris  
Supreme Court of the United States  
One First Street, N.E.  
Washington, DC 20543

No. 24-60395     Republican Natl Cmte v. Wetzel  
                 USDC No. 1:24-CV-25  
                 USDC No. 1:24-CV-37  
                 Supreme Court No. 24-1260

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Southern District of Mississippi, Gulfport, is directed to transmit their record to the United States Supreme Court.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____  
Christy M. Combel, Deputy Clerk  
504-310-7651

cc:  
    Ms. Ginger Anders  
    Mr. David Wayne Baria  
    Mr. Gilbert Dickey  
    Mr. Christopher D. Dodge  
    Ms. Elisabeth C. Frost  
    Ms. Elizabeth Parr Hecker  
    Mr. Tim C. Holleman  
    Mr. Paul Whitfield Hughes III  
    Mr. Arthur S. Johnston III  
    Mr. Eric W. Lee  
    Mr. Justin Lee Matheny  
    Mr. Thomas McCarthy  
    Mr. Robert Bruce McDuff

```
Mr. Richard Alexander Medina
Ms. Tina Meng Morrison
Mr. Christopher J. Merken
Mr. Joseph M. Nixon
Mr. T. Russell Nobile
Ms. Sherri Penny
Mr. Spencer M. Ritchie
Mr. Davin McKay Rosborough
Mr. Rex Morris Shannon III
Mr. Scott G. Stewart
Mr. Joshua Tom
Mr. Jacob Van Leer
Ms. Caroline Van Zile
Mr. Donald B. Verrilli Jr.
Mr. Conor Woodfin
Ms. Paloma Wu
```