# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 09, 2026

Mr. Arthur S. Johnston III
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

No. 24-60395 Republican Natl Cmte v. Wetzel
USDC No. 1:24-CV-25
USDC No. 1:24-CV-37

Dear Mr. Johnston,

Enclosed is a certified copy of the opinion issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Andry
Rebecca Andry, Deputy Clerk
504-310-7638

Enclosure(s)

cc:
Ms. Ginger Anders
Mr. David Wayne Baria
Mr. Gilbert Dickey
Mr. Christopher D. Dodge
Ms. Elisabeth C. Frost
Ms. Elizabeth Parr Hecker
Mr. Tim C. Holleman
Mr. Paul Whitfield Hughes III
Mr. Eric W. Lee
Mr. Justin Lee Matheny
Mr. Thomas McCarthy
Mr. Robert Bruce McDuff
Mr. Richard Alexander Medina
Ms. Tina Meng Morrison
Mr. Christopher J. Merken
Mr. Joseph M. Nixon
Mr. T. Russell Nobile
Mr. Spencer M. Ritchie
Mr. Davin McKay Rosborough
Mr. Rex Morris Shannon III
Mr. Scott G. Stewart

Mr. Joshua Tom
Mr. Jacob Van Leer
Ms. Caroline Van Zile
Mr. Donald B. Verrilli Jr.
Mr. Conor Woodfin
Ms. Paloma Wu